# O'CONNOR & HANNAN, L.L.P.

## ATTORNEYS AT LAW

F. GORDON LEE
GEORGE J. MANNINA, JR.
THOMAS J. CORCORAN*
ROBERT M. ADLER
TIMOTHY W. JENKINS
KURT E. BLASE
JAMES W. SYMINGTON
GARY C. ADLER
JOHN M. HIMMELBERG
J. CRAIG POTTER
ALBERT P. LINDEMANN, JR.
EMIL HIRSCH
FREDERICK T. DOMBO, III
PAUL L. KNIGHT
GERALD H. YAMADA
REED W. NEUMAN
CRAIG A. KOENIGS
MICHAEL D. WHATLEY**
D. LEE FORSGREN

PATRICK J. O'CONNOR (1920-2005)
JOE A. WALTERS (1920-2005)

**ASSOCIATES**
JAMES P. RYAN
CATHERINE M. SAUVAIN

**LEGISLATIVE CONSULTANTS**
ROBERT W. BARRIE* (RESIDENT IN FLORIDA)
GEORGE J. HOCHBRUECKNER*
JAMES H. ENGLISH*
B. KEITH HEARD*

**OF COUNSEL**
CHARLES R. McCARTHY, JR.
THOMAS J. SCHNEIDER (RETIRED)

SUITE 500
1666 K STREET, N.W.
WASHINGTON, D.C. 20006-2803
(202) 887-1400
FAX (202) 466-2198
FAX (202) 466-3215
www.oconnorhannan.com

**TYSONS CORNER**
8300 BOONE BOULEVARD
5TH FLOOR
VIENNA, VIRGINIA 22182
(703) 714-6670
FAX (703) 848-4586

H. GEORGE SCHWEITZER

* NOT AN ATTORNEY
**NOT A MEMBER OF THE D.C. BAR

August 3, 2006

**By Hand Delivery**

Nancy Mayer-Whittington
Clerk, United States District Court
  for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> RE:   *Ben-Rafael  v. Islamic Republic of Iran et al.*
>          Civil Action No. 06-cv-00721 (ESH)

Dear Ms. Mayer-Whittington:

Per the provisions in 28 U.S.C. § 1608(a)(3), we are requesting the Clerk's Office "address[ ] and dispatch[ ]" the enclosed Summons, Complaint, Initial Electronic Case Filing Order and Notice of Suit "to the head of the ministry of foreign affairs of the foreign state concerned." In this case, it is the Ministry of Foreign Affairs for the Islamic Republic of Iran in Tehran, Iran. Section 1608(a)(3) provides for sending a copy of the summons, complaint and notice of suit along with translations of each by any form of mail requiring a signed receipt.

Enclosed are two sets of the Complaint, Summons, Electronic Case Filing Order, Notice of Suit and in this case: (a) one for the Islamic Republic of Iran, and (b) one for the Iranian Ministry of Information and Security.

Enclosed please find the DHL labels and courier packs required for the Request for Foreign Service in connection with the above-referenced case.

If you have any questions, please feel free to call me or Paul Knight at the phone number listed above.

Sincerely,

Emil Hirsch by PLK

Emil Hirsch

EH/am
Enclosures

141975_1.DOC