06-721

# DHL International Shipment Waybill

Waybill No: 789 3582 550

**1 Payer account and shipment value protection details**
- Charge to: ☒ Shipper
- Payer Account No.: 34341.1

**2 From (Shipper)**
- Contact Name: Emil Hirsch
- Company: O'Connor & Hannan, LLP
- Address: 1666 K Street, N.W., Suite 500, Washington, D.C. 2000
- PostZIP: 20006
- Phone: (202) 887-1400

**3 To (Receiver)**
- Company: ISLAMIC REPUBLIC OF IRAN
- Contact: IRANIAN FOREIGN MINISTER MANOUCHEHR MOTTAKI
- Address: c/o Ministry of Foreign Affairs, Imam Khomeini SQ, Tehran, Iran
- PostZIP: Phone/Fax/E-mail: 0098-21-61151 or 66739191
- Country: Iran

**4 Shipment Details**
- Total number of packages: 1
- Total Weight: XD

**5 Full Description of Contents**
Legal Document (approx. 50 pages)

Declared Value for Customs (in US $): @

Type of Export: Permanent

Receiver pays duties/taxes.

# DHL International Waybill

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only
INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

**Waybill No:** 789 3582 561

## 1. Payer account number and shipment value protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)
Cash ☐ Check ☐ Credit Card ☐

## 2. From (Shipper)

Shipper's Account Number
Shipper's Reference (up to 35 characters): 34341.1
Company Name: O'Connor & Hannan, LLP
Contact Name: Emil Hirsch
Address: 1666 K Street, N.W., Suite 500, Washington, D.C.
Post/ZIP Code: 20006
Phone: (202) 887-1400

## 3. To (Receiver)

Company Name: IRANIAN MINISTRY OF INFORMATION AND SECURITY
Contact Person: IRANIAN FOREIGN MINISTER MANOUCHEHR MOTTAKI
Delivery Address: c/o Ministry of Foreign Affairs, Imam Khomeini SQ, Tehran
Country: Iran
Post/ZIP Code: 6673919:1
Phone: 

## 4. Shipment Details

Total number of packages: 1
Total Weight: XD lbs
Dimensions: — x — x —

## 5. Full Description of Contents

Legal Document (approx. 30 pages)

## 6. Dutiable Shipments Only (Customs requirement)

Declared Value for Customs (in US $):
AES TRANSACTION NUMBER
Destination Duties/Taxes: ☐ Receiver ☒ Shipper ☐ Other
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary

## 7. Shipper's Authorization (signature required)

Signature / Date

## 8. Products & Services

TRANSPORT COLLECT STICKER No.
Drop Box #
PAYMENT DETAILS
PICKED UP BY / Time / Date
Route No.

© 2002