# O'CONNOR & HANNAN, L.L.P.
## ATTORNEYS AT LAW

F. GORDON LEE
GEORGE J. MANNINA, JR.
ROBERT M. ADLER
TIMOTHY W. JENKINS
REED W. NEUMAN
KURT E. BLASE
THOMAS J. CORCORAN*
JAMES W. SYMINGTON
GARY C. ADLER
JOHN M. HIMMELBERG
J. CRAIG POTTER
ALBERT P. LINDEMANN, JR.
EMIL HIRSCH
FREDERICK T. DOMBO, III
PAUL L. KNIGHT
GERALD H. YAMADA
CRAIG A. KOENIGS
MICHAEL D. WHATLEY**
D. LEE FORSGREN
DONALD M. ITZKOFF

PATRICK J. O'CONNOR (1920-2005)
JOE A. WALTERS (1920-2005)

ASSOCIATES
JAMES P. RYAN
CATHERINE M. SAUVAIN

SUITE 500
1666 K STREET, N.W.
WASHINGTON, D.C. 20006-2803
(202) 887-1400
FAX (202) 466-2198
FAX (202) 466-3215
www.oconnorhannan.com

LEGISLATIVE CONSULTANTS
ROBERT W. BARRIE* (RESIDENT IN FLORIDA)
GEORGE J. HOCHBRUECKNER*
JAMES H. ENGLISH*
B. KEITH HEARD*

OF COUNSEL
CHARLES R. McCARTHY, JR.
THOMAS J. SCHNEIDER (RETIRED)

* NOT AN ATTORNEY
**NOT A MEMBER OF THE D.C. BAR

January 25, 2007

Clerk
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Civil Division
Room 1225
Washington, D.C. 20001

Re: *Ben-Rafael v. Islamic Republic of Iran, et al.*
Civil Action No. 06-0721 (ESH)

To the Clerk:

Enclosed for filing please find a copy of the letter to the Department of State requesting service of the Summonses, Complaints, and Notices of Suit for each of the defendants in the above-referenced case. Also enclosed is the receipt of delivery by Federal Express.

Please return a time stamped copy of this letter to the messenger. If you have any questions, please contact me. Thank you for your attention to this matter.

Very truly yours,

Judith A. Murphy
Assistant to Paul L. Knight

/jm
Enclosures

146971_1.DOC

# O'CONNOR & HANNAN, L.L.P.
### ATTORNEYS AT LAW

F. GORDON LEE
GEORGE J. MANNINA, JR.
ROBERT M. ADLER
TIMOTHY W. JENKINS
REED W. NEUMAN
KURT E. BLASE
THOMAS J. CORCORAN*
JAMES W. SYMINGTON
GARY C. ADLER
JOHN M. HIMMELBERG
J. CRAIG POTTER
ALBERT P. LINDEMANN, JR.
EMIL HIRSCH
FREDERICK T. DOMBO, III
PAUL L. KNIGHT
GERALD H. YAMADA
CRAIG A. KOENIGS
MICHAEL D. WHATLEY**
D. LEE FORSGREN
DONALD M. ITZKOFF

PATRICK J. O'CONNOR (1920-2005)
JOE A. WALTERS (1920-2005)

ASSOCIATES
JAMES P. RYAN
CATHERINE M. SAUVAIN

SUITE 500
1666 K STREET, N.W.
WASHINGTON, D.C. 20006-2803
(202) 887-1400
FAX (202) 466-2198
FAX (202) 466-3215
www.oconnorhannan.com

LEGISLATIVE CONSULTANTS
ROBERT W. BARRIE* (RESIDENT IN FLORIDA)
GEORGE J. HOCHBRUECKNER*
JAMES H. ENGLISH*
B. KEITH HEARD*

OF COUNSEL
CHARLES R. MCCARTHY, JR.
THOMAS J. SCHNEIDER (RETIRED)

* NOT AN ATTORNEY
**NOT A MEMBER OF THE D.C. BAR

January 24, 2007

***Via Federal Express***

William Paul Fritzlen, Attorney Adviser
Office of Overseas Citizens Services
Office of Policy Review and Interagency Liaison
2100 Pennsylvania Avenue, N.W.
Office CA/OCS/PRI -- Location SA-29
Washington, D.C. 20520

    Re:   *Ben-Rafael v. Islamic Republic of Iran, et al.*
           Civil Action No. 06-00721 (ESH)

Dear Mr. Fritzlen:

     Enclosed please find the service package prepared by the Clerk's Office of the United States District Court for the District of Columbia for the Islamic Republic of Iran and the Iranian Ministry of Information and Security ("MOIS"). The service package includes the following:

1. Two sets of English versions of the Complaint, Summonses and Notice of Suit for each of the Defendants;

2. Two sets of Farsi versions of the Complaint, Summonses and Notice of Suit for each of the Defendants;

3. Service copies of the Foreign Sovereign Immunities Act.

4. One certified check in the amount of $1,300.

     If you have any questions, please contact me or my assistant, Judith Murphy.

                                       Yours truly,

                                       Emil Hirsch

EH/jm
Enclosures

cc: Paul L. Knight, Esq.

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE

**Sender's Copy**

# FedEx US Airbill

FedEx Tracking Number: **8488 7112 9746**

## 1 From

Date: 1/24/07
Sender's FedEx Account Number: 0200-1513-6
Sender's Name: EMIL HIRSCH
Phone: (202) 887-1400
Company: O'CONNOR & HANNAN, LLP
Address: 1666 K ST NW STE 500
City: WASHINGTON    State: DC    ZIP: 20006-1218

## 2 Your Internal Billing Reference

34332.001, 34260.001, 34341.01

## 3 To

Recipient's Name: William P. Fritzlen
Phone: (202) 736-9115
Company: Office of Overseas Citizens Services
Office of Policy Review and Interagency Liaison
Address: 2100 Pennsylvania Avenue, NW
Office CA/OCS/PRI--Location SA-29
City: Washington    State: DC    ZIP: 20520

## 4a Express Package Service
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

## 4b Express Freight Service
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

## 5 Packaging
[ ] FedEx Envelope
[X] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

## 6 Special Handling
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

[X] No [ ] Yes (Shipper's Declaration not required)   [ ] Yes (Dry Ice) ___ x ___ kg
[ ] Cargo Aircraft Only

## 7 Payment Bill to:
[X] Sender   [ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check

Total Packages: ___   Total Weight: ___   Total Declared Value: $ .00

## 8 Sign to Authorize Delivery Without a Signature

466

0286011659

**FedEx**

US Home
Español

Information Center | Customer Support | Site Map

Search [  ] Go!

Package/Envelope Services | Office/Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

Track Shipments
Detailed Results

🖨 Printable Version   ❓ Quick Help

| | |
|---|---|
| **Tracking number** | 848871129746 |
| **Signed for by** | C. TURNER |
| **Ship date** | Jan 24, 2007 |
| **Delivery date** | Jan 25, 2007 9:13 AM |
| **Reference** | 34332 001 34269 001 3434 |
| **Delivered to** | Receptionist/Front Desk |
| **Service type** | Priority Box |
| **Weight** | 5.0 lbs. |
| **Status** | Delivered |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Tracking a FedEx SmartPost Shipment? Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 25, 2007 | 9:13 AM | Delivered | | |
| | 7:58 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 6:56 AM | At local FedEx facility | WASHINGTON, DC | |
| Jan 24, 2007 | 9:21 PM | Left origin | WASHINGTON, DC | |
| | 7:00 PM | Picked up | WASHINGTON, DC | |

Take 15% off list rates on eligible FedEx Express online shipments. Learn more >>

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

**Subscribe to tracking updates (optional)**

Your Name: [            ]          Your E-mail Address: [            ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [         ] | English | ☐ | ☐ |
| [         ] | English | ☐ | ☐ |
| [         ] | English | ☐ | ☐ |
| [         ] | English | ☐ | ☐ |

**Select format:**  ⦿ HTML   ○ Text   ○ Wireless