

RECEIVED
JUN 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**United States Department of State**

*Washington, D.C. 20520*

June 18, 2007

Ms. Nancy Mayer-Whittington
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

                    Re: Elisa Ben-Rafael, et al. v. Islamic Republic
                        of Iran, et al., Case No. 1:06CV00721 *ESH*

Dear Ms. Mayer-Whittington:

      I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon defendants the Islamic Republic of Iran and the Iranian Ministry of Information and Security in the above mentioned lawsuit.

      Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the U.S. Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were transmitted to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes, numbers 1071-IE and 1072-IE, dated and delivered April 22, 2007.

      While the Iranian Ministry of Foreign Affairs returned the service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note. We see no reason that the return of these documents should invalidate the effectiveness of service under 28 U.S.C. 1608(a)(4).

      In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the Iranian Ministry of Foreign Affairs. For each defendant served this includes the authenticated certification of the Head of the U.S. Interests Section at the Swiss Embassy in Teheran and the certification of the Vice Consul of the U.S. Embassy in Bern.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc: Emil Hirsch
O'Connor & Hannan, LLP
1666 K Street, NW
Suite 500
Washington, DC 20006

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____Ruth EGGER_____
(Typed name of Official who executed the annexed document)

_____[signature]_____
(Signature of Consular Officer)

_____William W. WHITAKER_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

May 10, 2007
(Date)

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Ruth EGGER
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

William W. WHITAKER
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

May 10, 2007
(Date)

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland           )
Bern, Canton of Bern                   ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*[signature]*
(Signature of Consular Officer)

William W. WHITAKER
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

May 10, 2007
(Date)

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )


I, William W. Whitaker, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 16271 dated April 2, 2007, which was transmitted to the Swiss Ministry of Foreign Affairs on April 3, 2007 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)


_____William W. WHITAKER_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


May 10, 2007
(Date)