## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELISA NILI CIRILO PERES BEN-RAFAEL**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ISLAMIC REPUBLIC OF IRAN**, *et al.*, <br><br> **Defendants.** | Case No. 06-cv-00721 (ESH) |

### **DEFAULT**

It appearing that the above-named Defendants have failed to plead or otherwise defend this action though duly served with summons and copy of complaint on April 22, 2007, and an affidavit on behalf of the Plaintiff having been filed, it is this ____ day of _____, 2007, declared that the Islamic Republic of Iran and Ministry of Information and Security of Iran, the Defendants herein, are in default.

Nancy M. Mayer-Whittington, Clerk

By: _____
Deputy Clerk

149622_1.doc