UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ELISA NILI CIRILO PERES BEN-RAFAEL,** *et al.*,

        **Plaintiffs,**

v.

**ISLAMIC REPUBLIC OF IRAN,** *et al.*,

        **Defendants.**

Case No. 1:06-CV-00721 (ESH)

## ORDER

Upon consideration of Plaintiffs' Motion for Judgment by Default, it is, this ____ day of _____, 2007, hereby

ORDERED, that Plaintiffs shall file with the Court his verified documentary evidence in support of his motion for judgment by default on or before _____, 2007; and further

ORDERED, that Plaintiffs shall file proposed findings of fact and conclusions of law on or before _____, 2007.

 

_____
ELLEN SEGAL HUVELLE
United States District Judge

1

Copies to:

Paul L. Knight
Emil Hirsch
O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803


Philip Friedman
Friedman Law Office, PLLC
2401 Pennsylvania Ave.,N.W.
Suite 410
Washington, D.C. 20037



150164_1.DOC