UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELISA NILI CIRILO PERES BEN-RAFAEL,** et al., | |
| Plaintiffs, | |
| v. | Case No. 1:06-CV-00721 (ESH) |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.,* | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR LEAVE
TO SUPPLEMENT THE RECORD**

The Plaintiffs through their undersigned counsel move this Court for an order granting them leave to supplement the record in this action, as described below. For reasons, the Plaintiffs state as follows:

1. On July 6, 2007, the Clerk entered a default as to the Defendants Islamic Republic of Iran ("Iran") and the Ministry of Information and Security of Iran ("MOIS") pursuant to Rule 55(a), Fed. R. Civ. P.

2. On August 10, 2007, Plaintiffs filed their Motion For Judgment By Default against these Defendants.

3. On September 7, 2007, counsel for Plaintiffs appeared at a Status Conference before this Court, as a result of which this Court set November 15, 2007 as the deadline for Plaintiffs to file their proposed Findings of Fact and Conclusions of Law ("Findings and Conclusions") and written evidentiary submissions which support the Plaintiffs' entitlement to the entry of money judgment for each of the Plaintiffs.

1

4. Plaintiffs' counsel have worked very diligently to draft the ("Findings and Conclusions"), to obtain expert affidavits/reports and other documentary evidence. Accordingly, the Proposed Findings And Conclusions are filed simultaneously herewith. Also filed simultaneously herewith is an index of the evidentiary record along with the evidentiary record itself. ("Record"). The Record is complete with respect to the liability and causation of damages aspects of this case. Unfortunately, with several exceptions, it is only substantially complete as to the extent and calculation of damages. Missing from the Record is the economic damages report of Plaintiffs' forensic expert Dov Weinstein ("Weinstein Report"), which relates to the wrongful death claim in this action. The Weinstein Report has been created in draft form. It is in the process of being amended and finished, which is expected to occur within ten (10) days. The draft Weinstein Report has been reviewed by Plaintiffs' counsel who are satisfied that it is being prepared in a professional and legally relevant manner. Missing from the Record are also medical reports pertaining to Plaintiff Naomi Goldman and possibly an Affidavit of Naomi Goldman, which the other Plaintiffs are working on diligently to obtain. There are also one or two medical expert reports which are in the process of being prepared in Israel, but whose finalization has been unfortunately delayed, due to circumstances beyond Plaintiffs' control.

5. Plaintiffs did not wish to delay the filing of the Record and the proposed Findings And Conclusions. Instead, Plaintiffs prefer to proceed by respectfully requesting leave to supplement the Record, with the few missing items described above. For all of these reasons, Plaintiffs request this Court to enter a Minute Order:

    1. Granting leave to supplement the Record, with additional reports and records, of the type and nature described above.

2.  Granting such other and further procedural relief as this Court deems necessary and proper.

Dated: November 15, 2007

Respectfully submitted,

      /s/ Paul L. Knight
Emil Hirsch (DC Bar No. 930479)
Paul L. Knight (DC Bar No. 911594)
O'Connor & Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20006-2803
Telephone: (202) 887-1400
Facsimile: (202) 466-3215

Philip Friedman
Friedman Law Offices, PLLC
2401 Pennsylvania Ave., N.W., Suite 410
Washington, DC 20037
Telephone: (202) 293-4175
Facsimile: (202) 318-0395
*Attorneys for Plaintiffs*

151673_1.DOC