# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ELISA NILI CIRILO PERES BEN-RAFAEL, et al., | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 1:06-CV-00721 (ESH) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | |
| Defendants. | |

## DECLARATION OF RALPH I. GOLDMAN:

I, Ralph I. Goldman, hereby state as follows:

1) My name is Ralph I. Goldman. I make this declaration based on my personal knowledge and a review of various documents submitted herewith. If called as a witness, I could and would testify competently to the matters contained in this declaration.

2) I was born in Ukraine in September 1, 1914 and, as a minor child of my father, was naturalized as a citizen of the United States around 1931 in Boston, Massachusetts. I have remained a citizen of the United States continuously and uninterruptedly since then.

3) From June 1942 through the end of the war, I served in the United States Army. After the war, I hold numerous jobs through the United States and Israel working for various Jewish communal organizations, including local Jewish Community Centers, the America Israel Cultural Foundation and the American Jewish Joint Distribution Committee. By 1976 I was living in New York where I remained until moving to Israel in 2003.

4) On June 30, 1943, I married Helen Goldberg. Helen and I were married for 62 years before her death on April 8, 2005. Helen had been born in Newark, NJ and was

continuously and uninterruptedly a citizen of the United States since birth. Helen and I enjoyed a long and wonderful marriage. We raised a loving family of three children, Judy, Naomi, and our son David Ben-Rafael.

5)     Helen and I had long encouraged David's career in the Israeli Foreign Ministry and followed his career with great interest. When David was posted to the Embassy in Argentina, Helen and I kept in close contact with David, Elisa and our grandchildren Noa and Yonatan.

6)     On March 17, 1992, I returned from lunch to my office in New York at the American Jewish Joint Distribution Committee. Everyone was quite, until someone told me that there had been a bombing of the Israeli Embassy in Argentina. As I had many contacts in the Foreign Ministry, and other foreign offices throughout the world (indeed, I had just returned from Moscow the previous day), I frantically called everyone I could think who might have some information about David. By the time I tried to go to sleep that night, there was some hope. Some people claimed to have seen David on television, and both Helen and I assumed that David was taking care of others, as was his nature, before trying to reach us or other family members. It was a sleepless night.

7)     At 5:30 the next morning, Judy called us from Israel to tell us that David would be declared missing within the hour by the Foreign Ministry. Helen and I immediately flew to Buenos Aires to be with Elisa and the grandchildren and to offer any assistance we could in helping to find David. I cried the entire flight, fearing the worst and hoping for the best.

8)     When we arrived in Argentina, we were immediately taken to Elisa's home. The fear, anger, and anxiety we all felt was overwhelming. We went directly to the hotel at

which the Israeli Embassy was temporarily operating and then to the actual Embassy Bombing site to assist with efforts to locate David. The site was a pile of twisted metal and concrete. The air was heavy and dust and debris. Within the pile lay my son whose body was recovered while Helen and I stood on the grounds of the collapsed building.

9)      We went back to the hotel where the Embassy and temporarily located to mourn with Elisa and the family. I called Judy in Israel and Naomi in Boston. We were all devastated. Naomi made arrangements to meet us in Israel.

10)     The Israeli Foreign Ministry provided us with a grief counselor. As soon as the appropriate arrangements were made, which took several days, we traveled back to Israel with Elisa, our two very young grandchildren to bury their father, and our only son, David.

11)     After approximately six weeks in Israel, Helen and I returned to New York. Our sense of loss and grief was profound. We immediately brought two plots near David's grave so that we could be buried as a family. We had fully expected David to be the one to take care of things for Helen and me as we grew older. For myself, I had lost my only son with whom I enjoyed strong and loving relationship. When David changed his name to an Israeli name, he chose Ben-Rafael, which translates as "as the son of Ralph." I missed our times together. I missed talking about his family and his work on the Israeli Foreign Ministry. And, having encouraged his career, both Helen and I shared a deep guilt in feeling responsible for having placed him in the line of fire as a Embassy employee.

12)     I let out my anger and sadness by immersing myself in my work and devoting myself to finding out who was responsible for his death. In addition to collecting

information on Iranian responsibility for the bombing, I have written letters to Argentine President Menem and followed closely the details of all investigations into the Embassy Bombing. For a period of time, I also sought medical treatment of my sadness and depression over David's death. See letter to John Weingar (attached hereto).

13) Every day I am reminded of David. I view his picture on my desk and in my home every day. I recite Psalms for him every day. Every time I leave the country, and every time I return, I visit his grave. I have helped to establish scholarships in his name and been involved with other efforts to preserve his memory, such as the naming of a synagogue in his name in Hungary. His loss is never far from my mind.

14) As for Helen, she internalized her grief and anger. Whereas I had my work, she keep everything inside. Weekends were particularly difficult for the both of us as we had no distractions to deflect our grief. Only two months after David's murder, she suffered a heart attack. Her health continued to decline.

15) With David's death, Helen and I became overprotective of our younger daughter Naomi. Naomi also became more dependent on us financially. Her temper tantrums became more frequent and our own grief, as well as Helen's declining health, made our ability to deal with Naomi very difficult. Although we sought professional help to deal with these issues that were aggravated by David's death, we continued to have difficulties with this relationship. See Weingar Letter (attached hereto).

16) By 2003, with Helen's health getting worse and all of our grandchildren in Israel, we moved to Israel. Helen focused considerable attention on Yonatan, David's son, as a surrogate to David. By 2005, having never fully recovered from the death of her only son, Helen died. I was appointed her executor.

17) David's death has left a hole in the family. With Helen's death, I do what I can to be the best grandfather for his children and father-in-law for his wife. While we have all

done what we can to pull together, not a day goes by where I miss my son and wish he were alive.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.

Date: November 13, 2007                           /s/ Ralph *[signature]*
                                                  Ralph Goldman

Yahoo! Mail - verenapoyian@yahoo.com  Page 1 of 1

Case 1:06-cv-00721-ESH   Document 11-3   Filed 11/15/2007   Page 8 of 8



Print - Close Window

John R. Winegar, N.C..Psy.A.

3031 Farrier Lane

York, SC 29745

October 22, 2007

To Whom it May Concern;

Mr. Ralph Goldman and Mrs. Helen Goldman consulted with me from June 1992 until May 1993.

They sought help to deal with their difficulties with their youngest daughter, Naomi, who was 37 at the time. Mr. and Mrs. Goldman had actually contacted me several months earlier. The beginning of therapy was delayed because of their son David's murder, and Mrs. Goldman's heart attack (probably aggravated by her mourning).

Ralph Goldman at that time was a highly competent and energetic person, but felt helpless and at a loss to set limits for Naomi. Naomi was not working. She was living near her parents and was fully dependent on them financially. Both Ralph and Helen could not cope with Naomi's frequent temper tantrums. She refused to cooperate or get appropriate professional help. Mr. and Mrs. Goldman tried to pacify her by acceding in to her demands, and alternately withdrew from contact with her. This situation was severely aggravated by the loss of their only son, David, in the bombing of the Israeli Embassy in Argentina. Their mourning exacerbated their feelings of vulnerability and helplessness. Their ability to respond appropriately to Naomi's irrational demands decreased, and Helen's medical problems deflected attention from Naomi's highly inadequate emotional response to her brother's death.

The mourning process seemed to rigidify pre existing ways of coping. Ralph got more involved in his work, and exhibited symptoms of depression. Helen became preoccupied with taking care of herself. She compensated for her feelings of inadequacy by catering even more to Naomi.

There was no significant improvement in the course of the consultation.

Sincerely,

John R. Winegar


RECEIVED
OCT 29 2007
By_____