# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELISA NILI CIRILO PERES BEN-RAFAEL, et al.,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 1:06-CV-00721 (ESH)** |
| **ISLAMIC REPUBLIC OF IRAN, *et al.*,** | |
| **Defendants.** | |

DECLARATION OF ELISA NILI CIRILO PERES BEN-RAFAEL

I, Elisa Nili Cirilo Peres Ben-Rafael, hereby state as follows:

1)      My name Elisa Nili Cirilo Peres Ben-Rafael. I make this declaration based on my personal knowledge and a review of various documents submitted herewith. If called as a witness, I could and would testify competently to the matters contained in this declaration.

2)      I was born a citizen of the United States and I have been continuously and uninterruptedly a citizen of the United States since birth. I currently live in Israel and I have been domiciled in Israel at all times relevant to this complaint.

3)      On February 2, 1988, in Chicago, Illinois, I married David Ben-Rafael. At the time, David was serving with the Israeli Ministry of Foreign Affairs and had been posted to the Israeli Consulate to the Middle West located in Chicago, Illinois.

4)      David and I quickly started a family. Our daughter, Noa Ruth Ben-Rafael ("Noa") was born a citizen of the United States on November 20, 1988. Noa has been continuously and uninterruptedly a citizen of the United States since birth. See Exhibit A (certificate of US citizen born abroad) and Exhibit B Noa's current USA Passport (attached hereto). Two and one-half years later, our second child Yonatan Mishael Ben-

Rafael was born a citizen of the United States on June 16, 1991. See Exhibit C (certificate of US citizen born abroad) and Exhibit D Yonatan's current US Passport (attached hereto). Yonatan also has been continuously and uninterruptedly a citizen of the United States since birth. Although born citizens of the United States, both Noa and Yonatan have at all times relevant to this action been domiciled in Israel.

5)      David was an attentive father to our two young children. He was present at both of their births (via Caesarian section) and took an active part in their up-bringing. David generally returned home early from work so that we could have our evening meal together as a family and so that he could take part in the children's bed time rituals (bathing, reading a story and short evening prayer). Both children were "on demand nursed" and it was always David who woke up in the middle of the night when the children cried and brought them to our bedroom so that I could nurse them.

6)      Our home was democratic in the matter of religion and while I was Sabbath observant David was not.  By age three Noa already knew that David wasn't religious and that he could be relied upon to turn on a light for her on Friday and Saturday (the Jewish Sabbath).   Whenever David traveled abroad he always made sure to call when Noa was awake so that he could speak with her on the phone oft times reading or telling her a children's story over the phone.   Family dinners were generally prepared together and from a very early age Noa enjoyed "working" with us in the kitchen, this usually meant that she took the pots and pans out of the cabinet. As we observe Kashruth, David taught her to keep the diary pots separate from the meaty pots.  David was present at Noa's three birthdays, two held in Israel and one in Argentina.  David and I enjoyed organizing the parties at the kindergarten as well as those at home with family and friends.

7)  The only family trip that we took together was prior to Yonatan's birth when the three of us (David, Noa and I) went up to Northern Israel. This was immediately after Noa had been "toilet trained" and since it had been David who had carried primary responsibility for this activity it was a true challenge to persuade Noa to allow me to take her into public rest rooms. As a first born child to slightly older parents (I was 30 and David was 40 when she was born), Noa was generally included in social events and outings. There is a video from the last holiday event held at the Israeli embassy in Buenos Aires, a Chanuka party, this video shows Noa in David's arms and David playing with both Noa and Yonatan

8)  Just prior to Noa's birth, David took a position in the Legal Advisors's Office of the Ministry of Foreign Affairs. This posting lasted until September, 1991 when the Ministry of Foreign Affairs posted David to Buenos Aires Argentina as Deputy Chief of Mission of the Israeli Embassy. This was a very exciting time in the life of our young family. David's career was blossoming and we relished the opportunities, as well as challenges, presented by David's service. Yonatan arrived in June, 1991 making us a family of four. Life was good, and David and I had many conversations about his Foreign Service career and his ultimate desire to be an Ambassador. David's principle concern was to figure out a schedule for his professional advancement that would allow Noa and Yonatan to receive a good part of their education particularly their high school educations here in Israel. As well as allowing us to be in Israel during their military service periods. In other words it was David's hope to create a family environment where he would be able to advance professionally as well as allow me room for my own professional advancement and the emotional and intellectual development of our children.

9)      On March 17, 1992, my life and the life of my children were shattered. After returning home from shopping with the children for Kosher foods in the Jewish neighborhood of Buenos Aires, the phone was ringing in our apartment. For some reason, it made me anxious and I had difficulty opening the door. In the process I broke my engagement ring and cut my hand. Holding my son in my arms and with my daughter behind me, I answered the phone.  Someone said, "the embassy has been bombed." At first I didn't understand (as the person spoke in Hebrew), then the message was repeated in either Spanish or English. I was shocked and hung up the phone. I wrapped my bleeding hand with a towel, and called an acquaintance who worked for an Israeli Government Agency and asked her if I could come to her house.  I didn't need to explain why I wanted to do this as she already knew about the bombing.

10)      I remained very calm because on or about 8 March 1992 David had had a conversation with me about emergency procedures immediately after a 7 March 1992 terrorist bombing in Ankara, Turkey. David used it as an opportunity to explain to me what to do in the unlikely event of a terrorist attack in Argentina.  David's first direction was that I was to remain completely calm "if you lose your head, you place yourself and possibly our children in danger."  According to David the first thing I was to do was check the entire house, to insure that no one else was there.  I was to call our acquaintance and make arrangements to either collect the children (in the event they weren't with me) or to move myself and the children to a different location, a location where there were other Israeli staffers, preferably non-Embassy personnel (people with Israeli service passports, non-diplomatic personnel).  Under no circumstances was I to use our family car because it had diplomatic plates and would be easily identified.

11)     I did exactly as David had told me.  I noticed that David had remembered to do the breakfast dishes, and that he had straightened up the children's bedroom.  I changed clothes, changed my son's diaper, packed a change of clothes for each child and took a baby bag with extra diapers and other baby needs.  I also took David's Tallit (prayer shawl) and a book of psalms. Noa asked to speak with her father, I called David's private line at the embassy, it rang busy, I let her listen and told her that we would try and reach David later.  I explained to her that right now we were going to visit friends and that we were taking a cab because I didn't feel like driving.  We fed her fish before leaving.

12)     I went downstairs with the children and the bags, to the building manager's apartment, I explained to him what was happening and had him call a cab for me, I remained in his flat with his wife and sent him outside to wait for the cab, I directed him to bring the cab into the car port so that the children and I wouldn't have to go outside at all.

13)     I entered the cab and gave him our friends' address.  He had the radio on and spoke with me about the huge blast at the Israeli Embassy downtown. I calmly commented that I hadn't heard the news all day and that it was a terrible thing for the families. He told me that he was a devote Catholic and that there was a Catholic church and school across from the embassy which had been damaged in the blast.  I remember saying something like we should pray that the children are all safe.   By that point the cab ride was over.

14)     I quickly entered the home of my acquaintances and began the long wait for news.  We were three women and four young children at that house.  I called my mother and sister in Chicago, my parents-in-law in New York and my sisters-in-law in New

York and Jerusalem. I vaguely remember speaking with my sister-in-law and brother-in-law in Jerusalem, speaking with my mother and sister in Chicago and waiting. We watched the news while the children played. Noa kept asking me to call her father, and I kept saying to her that he was busy. I was told that they were looking for him in the hospitals and on the site. Wearing David's tallit, I prayed and read psalms but I knew that something was very wrong because no matter what if David were alive he would have found a way to let me know. I didn't get word from him, not that day and not that night. I remember speaking with Foreign Ministry personnel and with David's best friends Jeremy Isaacarov and Baruch Bina both of whom were in the situation room in Jerusalem.

15)     It took my parents-in-law till the morning of 19 March 1992 to arrive in Argentina from New York. Throughout that time I remained with my friends and waited. It was the most difficult waiting period of my life. I wasn't sure what I was waiting to hear. I found myself in the situation of having to take care of my children as if the situation was completely normal and yet knowing that this was the most difficult time of my life. I kept remembering that David had said that the key to survival was to remain calm and function logically and normally.

16)     Finally my parents-in-law arrived and the children and I went back to my apartment, my father-in-law began making phone calls in order to get information. My parents-in-law and I were notified together that David had been killed and that just a few hours prior his body had been found. I spoke with therapists including Prof. Ginath who had flown in from Israel and decided to wait a bit more before speaking with Noa. I showered and changed, left the children with a caregiver and went with my parents-in-

law to the embassy. With my parents-in-law, we together received the official news of

David's death. I spoke with Rafael ElDad, David's colleague who told me that he had

been at the morgue and identified David's body and he gave me a hand written letter

which stated that he had identified David's body.

17)    I had wanted my parents-in-law to be present when I spoke with Noa, but was

advised against this by Prof. Ginath. Finally, I believe on the 19th or 20th of March, I

spoke with Noa alone, in a mixture of Spanish and English, and as best as I could I

explained to her that her father wasn't coming home because he had died in the terrorist

attack. It was extremely difficult to explain to her the concept of death and that David

wasn't coming home. Noa looked at me and spoke her last sentence in Spanish she said

"Mi Papi murio en espan~ol, no hablare este idioma jamas!" ("My Daddy died in

Spanish, I will never speak this language again!").

18)    At some point after this conversation with Noa, my mother-in-law took my

daughter in her arms and my father-in-law took my son in his arms and he said "You are

my Kaddish, I promise you I will wait for you to reach your bar mitzvah". After this due

to difficulties related to travel between Israel and Argentina and the intervening Sabbath

we had to wait until 22 March to leave Argentina. My parents-in-law, my children and I

with the assistance of the State of Israel and personnel from various offices brought

David home to Jerusalem for funeral and internment. I remember that we changed planes

from a commercial Alitalia flight to an Israeli Military Plane at the Rome airport, the

chief rabbis of Rome paid David the honor of walking with me part of the way on the

tarmac and so according to our tradition they participated in David's funeral.

19)    Only after this, when we changed planes, after almost a week, in the presence of my brother-in-law, did I begin to feel that I was safe and I allowed myself to break down and cry on the final leg of the flight back home. Late in the afternoon of 23 March 1992 we buried David in Jerusalem.

20)    After the funeral on 23 March 1992, our family sat Shiva (observance of the Jewish mourning period) for David at the home of my sister-in-law Judy here in Jerusalem. My mother and sister were with us, as were various members of David's extended family. At some point during the Shiva I was approached by different members of the Israeli media and I decided to answer their questions. I did this because I believed that it would be emotionally cathartic to speak about my loss. Early during the Shiva time my family physician Dr. Bann came and examined the children and me. Throughout the entire time from the moment of David's murder until well after the Shiva period I had a great deal of difficulty sleeping, because I was a nursing mother it took my family physician a long time to persuade me to even consider taking a light sleeping pill. This despite the fact that almost immediately after David's murder I began smoking cigarettes after a five year break in smoking. I was in Israel in a temporary apartment rented by the Foreign Ministry for most of the month of April 1992. Throughout this month I persistently dreamt about David, thought about him and wondered how I would survive.

21)    Late in April 1992, I returned to Argentina with my children and my niece Shoshana (David's biological niece) in order for me to create psychological and emotional closure by closing the apartment in Argentina, in this decision I was supported by Prof. Ginath. While in Argentina I took the time to go to the remains of the embassy. I walked around the building and persuaded the police officer guarding the structure to

allow me to enter it. I walked inside the remains of the building...walking up to the second floor where David's office had been, inside of the remains of the Ambassador's office which had been across from David's office. I saw with my own eyes the remains of the building, the chandelier on a lower floor which had to a great part survived, I walked through and found bits and pieces of papers, books, and china, I took photographs and brought back with me some of the earth from the large pot hole in front of the embassy. This large and deep pot hole was the exact location of the car bomb. I spoke with David's colleagues, visited the new temporary home of the embassy. Upon entering the Buenos Aires Apartment for the first time, Noa went through the entire flat calling for her father, she seemed to think that perhaps he was there and just hiding. I had to explain to her again that David would never be coming back and that no matter how much we looked for him we would never see him again till we saw him in heaven.

22)     While at the apartment Noa described a dream in which she saw David wrapped in light except for his head and that she (Noa) went into the light but she couldn't feel David to hug him. Yonatan who at the time was about 10 months old spent a great deal of time crawling through the apartment and making sounds akin to whistling sounds – I believe that Yonatan did this because he may have recognized the apartment and was making the sounds he used to make when he played with David.  I packed up my own apartment and brought everything back home.  I was unable to pack any of David's belongings. I avoided doing so by directing the packers to deal with it.

23)     During the period of time we were in Argentina I found it difficult to meet with the few friends and acquaintances we had made while there prior to the bombing. I slept fitfully but better than I had slept in the entire month since the bombing simply because I

was sleeping in my marital bed. During this time I developed heightened senses of smell, an inability to deal with loud noises, a level of light sensitivity which required me to wear sunglasses anytime I went outside. I had difficulty eating proper meals and developed a tendency to snack. All of these issues remain with me in some greater or lesser form even until today. I still have difficulty sleeping, I travel poorly, never take public transportation for fear of terrorist attack, whenever I travel abroad I am continually stressed out and frightened.

24)    I returned to Israel were I continued to live in the temporary apartment provided by the Foreign Service and continued to meet with Prof Ginath and with Talia Levanon and Ricky Cohen (both social workers provided by the Israeli National Institute of Insurance (Bituach Leumi parallel to American Social Security). I saw my family physician and finally began taking a mild sedative in order to sleep. We finally moved back into our family flat in Jerusalem where until this day my children and I live.

25)    I remodeled the apartment in 1997, redesigning it in such a way that the internal space is completely different from that in which David and I lived in from 1989 to 1991. I was busy with raising my children, with returning home and with dealing with the Foreign Office and Bituach Leumi in order to pay back loans, receive life insurance benefits, organize pension and other benefits for me and my children, organize probate for David's will and transfer ownership of the apartment to me (both of these together with my family lawyer). Throughout this time I developed the habit of visiting David's grave at the beginning of each Hebrew month and whenever I felt stressed. I would visit his grave and speak with David. Family and friends helped me to find a caregiver for Yonatan and to place Noa back in the same day care she had been prior to our departure

to Argentina. Throughout the first two years I was so overwhelmed that I had difficulty

caring out simple tasks such as going grocery shopping, doing laundry or even making

sure that there were enough diapers for my infant son, I hired day staff to assist me in the

house and with my children. I slept poorly, I was impatient with myself, with my

children and with people around me, I couldn't remember simple things, I found myself

writing everything down, I developed fibromyalgia. I participated in a support

group/group therapy group for young widowed people provided by the Bituach Leumi.

This was extremely difficult for me because my Hebrew wasn't very good.

26)      It was not until late 1994 that I began working again. I worked from late 1994 to

mid 1996 at the Israeli Government Press Office (GPO). My co-workers were very

understanding because I am certain that I was not the most focused worker and I wasn't

able to fully carry my work load. During the period of time that I worked for GPO I had

live-in help, I was able to bring in a foreign worker to assist me, I was given a special

permit under a hardship and humanitarian clause in order to bring in the caregiver for the

children. I stopped seeing the social workers and therapists I believe around 1995. By

this point in time I was feeling better and thought that it was correct to go it alone.

27)      Being a single parent was never easy for me. I found myself giving in to my

children's whims and wishes simply because I felt sorry for all of us. I thought that it was

easier to give in and give them what they wanted as a form of compensation for the fact

that they didn't have a father. I believe that as a result of my distant and laissez faire

manner with my children they have both suffered greatly and have been lacking in the

proper warmth and support that I as their remaining parent should have given them. In the

past two years my daughter has gone through a very serious teenager maturity crisis. She

was unable to finish her high school matriculation exams and the two of us have been having a great deal of difficulty communicating with one another. We also have not had a proper separation and individuation process.

28)    Noa also developed an inability to sleep through the night. Throughout most of her childhood she would wake up at the slightest noise and walk through the house. Throughout grade school her teachers described to me that she didn't stay focused in school. During first grade and part of second grade I had a private tutor for her in order to assist her in learning to study, read and write. Throughout her childhood Noa had a difficult time being apart from me, she was never able to attend the annual national Memorial Day services at her school. This required that I always be present at the ceremonies. When she was in fourth grade she briefly saw a therapist because of minor childhood "taking of items that didn't belong to her". I perceived this to be a call for help and I did my best to assist her. Noa greatly misses her father, throughout her life she has been engaged in asking questions about him, keeping a photograph of him in her bedroom and keeping a stuffed toy that he gave her.

29)    As an infant Yonatan developed a form of failure to thrive, I had difficulty nursing him and feeding him, he had many colds and suffered from nearly constant ear infections, when he started day care at age 3 he had serious separation issues and it would take me about 15 minutes to leave him each morning. As he grew up he had fewer issues and has had a more or less ordinary up bringing. Unlike his sister he doesn't like talking about the fact that he lost his father, he generally skips over it and even went through a period of time where he wouldn't tell his friends or classmates anything about his father.

The first time that Yonatan spoke about his the way his father was killed was during the summer he participated in Seeds of Peace summer camp in the summer of 2006.

30)    On a personal and private level between the Jewish Holidays of Tu'Be Shavat and Purim (late winter early spring) I maintain a period of deep mourning. I refer to this period of time as "that time of year" it corresponds to the Hebrew date of my marriage and the Hebrew date of David's murder. I generally retreat from happy activities and have trouble spending any concentrated time with family, friends, or my children. I have been very fortunate in that during the past 16 years my parents-in-law and siblings in law in Israel have been very supportive and helpful. We are a close family.

31)    During the past 16 years I did date very moderately but never found a way to form a permanent bond with a new partner. It has only been in the past 18 months that I have begun dating seriously. My current companion is also a widower due to a terrorist attack here in Israel and I believe that part of the reason I have been able to form a dating bond with him is because we both have the same type of loss. We are able to be understanding and supportive of one another. I hope that this relationship will continue to grow and develop and will become a permanent bond for me.

32)    Following David's murder, I was appointed the Executor of his Estate under the law of the State of Israel. Exhibit E (attached hereto)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.

Date: November 15, 2007                    /s/ Elisa

Elisa Nili Cirlo Peres Ben-Rafael

# EXHIBIT A



DEPARTMENT OF STATE

FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# Certification of Birth Abroad

## of a Citizen of the United States of America

This is to certify that according to records on file in this Office

NOA RUTH BEN-RAFAEL

was born at ___ JERUSALEM

on ___ NOVEMBER 20, 1988 ___ Report of birth recorded on ___ SEPTEMBER 8, 1989

Sex: ___ FEMALE

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of the Consular Service of the United States

of America at ___ JERUSALEM

this ___ 8TH ___ day of ___ SEPTEMBER ___ 19 89

(SEAL)

CATHERINE BARRY

CONSUL ___ of the United States of America

WARNING: This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the office of issuance.

Form FS-545
1-73

16-76622-2  GPO

EXHIBIT B







# EXHIBIT C



UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Consular Report of Birth Abroad
### of a Citizen of the United States of America

159- 0101399

This is to certify that

Yonatan Mishael Ben-Rafael

(Name)

sex Male

born at Jerusalem

(City)

on June 16, 1991

(Date)

Jerusalem

(Country)

acquired United States citizenship at birth as established by documentary evidence presented

to the Consular Service of the United States at

Jerusalem

(City/Country)

on September 4, 1991

(Date)

## PARENTS

Father

David Joel Ben-Rafael

Mother

Elisa Nili Cirilo-Peres Ben-Rafael
AKA Isabel Maritza Cirilo-Peres Ben-Rafael

Date of Birth September 30, 1948

Date of Birth January 18, 1958

Dona P. Sherman

(Signature of Authorizing Official)

American Consul

(Title)

Jerusalem

(City/Country)

September 4, 1991

(Date)

FORM FS-240

A Consular Report of Birth is proof of United States citizenship by law. 22 USC 2705

EXHIBIT D





# EXHIBIT E

בית משפט מחוזי ירושלים
עז 363/92 ( בשא 1286/06 )
אליסה נילי סיר בענין מתן צו הן
(בתיק אליסה בענין עזבון דוד..)
ת.פתיחה:29/03/06 סדר דין: רגיל

## בבית המשפט המחוזי בירושלים

## צו למינוי מנהל עזבון

בעניין המנוח דוד יואל בן רפאל ז"ל, ת.ז. 01371896 שנפטר ביום 17.3.1992, ומענו היה בירושלים.

לאחר עיון בבקשתה של אליסה נילי סירילו-פרס בן רפאל ת.ז. 302426176 שעניינה במתן הצו: אלמנה ויורשת יחידה,

אני מחליט/ה בזה למנות את

**אליסה נילי סירילו-פרס בן רפאל ת.ז. 302426176 מרח׳ הפלמ״ח 63 בירושלים**

למנהלת עזבונו של המנוח.

תוקפו של המינוי הוא עד יום 31.12.2007.

על מנהלת העזבון להמציא לאפוטרופוס הכללי, במועדים הקבועים לכך, פרטה של נכסי העזבון ודוחות על פי חוק הירושה, התשכ״ה – 1965, והתקנות שהותקנו על פיו.

צו זה ניתן היום: ___ 06.3.06

חתימה