EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELISA NILI CIRILO PERES BEN-RAFAEL, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:06-CV-00721 (ESH) |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

DECLARATION OF JUDITH GOLDMAN BAUMGOLD

I, Judith Goldman Baumgold, hereby state as follows:

1)      My name Judith Goldman Baumgold. I make this declaration based on my personal knowledge and a review of various documents submitted herewith. If called as a witness, I could and would testify competently to the matters contained in this declaration.

2)      I was born in East Orange New Jersey on October 15, 1944. I am citizen of the United States and I have been continuously and uninterruptedly a citizen of the United States since birth. I currently live in Israel and have lived in Israel since April 1967.

3)      David was my younger brother by four years.   As children, I was the dotting older sister.   I was a model for David, and often felt responsible for him.   These roles continued in our adult life.  For example, I moved to Israel, married and started a family several years before David made the move.  The fact that I had chosen to live in Israel was an added incentive for David.   David remained a bachelor into his late thirties.   Our home, my husband and his nieces were a "home base" for David when he was studying law; in the army and later when he began his diplomatic service. David and I shared similar interests in that we both felt committed to living in Israel, and contributing to the

development of that country.   We also shared a deep concern for our younger sister, Naomi.

4)      Naomi is ten years younger than I am, and six years younger than David.  By the mid 1980's she had finished two masters degrees,  but it was clear to both of us that she was having difficulty settling into work,  and finding a community of friends.  Our parents' often shared their concern with us.  David often talked to me about his concern about how she would manage once our parents were not there to support her both financially and emotionally.   In my concern about how to care for and relate to a dysfunctional sibling,  I found David to be a partner.  I always felt that he and I would support each other,  and work as a "family team";   With David's murder,  I lost a brother,  a friend,  and the one member of my family of origin whom I felt I could count on.

5)      I was at home in Jerusalem when I learned of David's death.   My husband heard a radio report about the bombing.  I immediately turned on the news to hear extensive coverage of the bombing.  Less than an hour later Elisa, David's wife called me from Argentina to express her grave concerns and what little she knew.   During the first hours, people were sure that they had seen David among the survivors;  I was in touch with the Israel Foreign Ministry.  There too people reassured me that he had been seen.  The bombing occurred around 8:30 PM Israel time.  By midnight, after the staff at the Foreign Ministry assured me again that he had been seen,  I tried to sleep.

6)      The next morning, I called the Ministry.  They told me that there was no more news.  I drove to Tel Aviv, as I had a class to attend at Tel Aviv University.   As I was driving home, around noon, I listened to the interviews with survivors of the bombing

and their families in Israel. At that point, I realized that there was something wrong. David was an extremely responsible person. It seemed unlikely that, if he was OK he had not made contact with any member of the family all these hours. By the time I arrived home, there was a message from the Foreign Ministry that the then Foreign Minister, David Levy, was about to make an announcement declaring David missing at the Knesset. It was another 30 hours before they found David's body. And, it was six days before his body was returned to Israel for the funeral.

7)      During that time, my house became the center in Israel for David's friends and colleagues, and my parent's friends, journalists; and for all the arrangements with the Foreign Ministry. My parents' had already flown to Argentina to be with Elisa and the children. It was decided that my husband would fly with the Israeli delegation that met the family and the coffin in Rome. The Shiva, or week of mourning, was held at my house, and Elisa and the children stayed with me until they could move to temporary accommodations some days after the Shiva. In the months after David's death, I and my family did our best to remain a support to Elisa and the children (one of my daughters flew with Elisa to Argentina in May 1992, when she returned to close her apartment there).

8)      David's death has created a void. In the years after David's death, I have been the only child who could help my parents as they aged. After my mother became sick, and frail, I helped them move to Israel in August 2003. The stress and burden of being the only functioning, caretaking child is constantly with me. In this respect, David's death has been a source of ongoing emotional distress.

14/11/2007   20:35     972-2-6713032                    BAUMGOLD                         PAGE  05/09

9)      . My sister, Naomi, has been emotionally paralyzed since David died.   She was

living in Boston and planning to move back to New York City.  After David died, she

delayed her move for many months,  feeling that she did not have the energy to do it.

My parents found it more and more difficult to set limits for my sister; they continued to

support her emotionally and financially. My mother withdrew more and more,  and

became preoccupied with her medical aliments. My father threw himself into work.   As

the only functioning child, they also pressured me to be helpful and supportive to my

sister.   I have taken on this role, as I believe that it is my family responsibility.   But it

has taken it's toll.  To this day, I suffer from insomnia and anxiety.   See true and correct

copy of letter from Israel Charney (attached hereto)

10)      I was in therapy at the time (see true an correct copy of letter from Ruth Seliger

attached hereto) of David's murder.  I had gone into therapy because of anxiety attacks

when I had to drive out of town.   Through the therapy it became clear that the anxiety

was a post traumatic reaction to my witnessing a terrorist attack in September 1990.  By

the time of David's death, my symptoms had dissipated.  With his death in a terrorist

attack and the stress in the months following his murder, my anxiety was exacerbated to

the point that I began experiencing a recurrence of the anxiety symptoms that included

insomnia and nightmares.   I continued to be in therapy until November 1997. I believe

the therapy would have terminated several years earlier, had it not been for David's

murder and the family crisis that ensued.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON
PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER
ARE TRUE.

Date: November 12, 2007                                      /s/ Judith _____
                                                             Judith Goldman Baumgold

Ruth Seliger M.A.
Clinical Psychologist
3 Guatamala St.
Jerusalem, 96704
Israel

October 22, 2007

To whom it may concern:

Judy Baumgold was in therapy with me from May 1991 until November 1997.

Her presenting symptom was extreme anxiety. She was especially anxious about driving out of town. Driving had never been a problem for her before that. She suffered from feelings of inadequacy and insecurity. The anxiety was a symptom of Post Traumatic Stress related to a terrorist attack that she had witnessed near her house in September 1990. In the attack, a terrorist stabbed and murdered four of Ms. Baumgold's neighbors early in the morning, just as she was preparing to drive out of town.

Ms. Baumgold was still in therapy in March 1992 when her brother was murdered in Argentina. This tragedy and the family responsibilities she took on in its' aftermath contributed to feelings of extreme stress, and exacerbated the anxiety symptoms that she had presented at the beginning of therapy.

There is no question that the stress and mourning which are normal reactions to the type of crisis suffered by Ms. Baumgold, were aggravated by her pre disposition to anxiety, her insecurity, and the earlier trauma, and prolonged her therapy significantly.

Sincerely,

Ruth Seliger

פרופ׳ ישראל טשרני

*Prof. ISRAEL W. CHARNY, Ph.D.*

מומחה ומדריך בפסיכולוגיה קלינית; מטפל ומדריך בטפול משפחתי מוסמך ע״י האגדה הישראלית לטפול משפחתי;לשעבר נשיא סייג מייסד וראשון
של האגדה הישראלית לטפול משפחתי

*Fellow and Accredited Supervisor, American Association Marriage and Family Therapy; Diplomate in Clinical Psychology, American Board of
Professional Psychology; Fellow, American Psychological Association; Past President, International Family Therapy Association [ IFTA]*

November 11, 2007

To Whom It May Concern:

I have consulted with Judy Baumgold in regard to her family's situation on numerous occasions over the past years. Judy herself is a competent and high functioning person both professionally and in her personal life. She is coping with a continuing stressful situation in her extended family due to the murder of her brother, David, in the terrorist bombing of the Israeli Embassy in Argentina in 1992.

It is clear from Judy's account that David's death left a vacuum in the family. Their younger sister, Naomi, was not working at the time of his death and has become increasingly socially dysfunctional since the trauma. It was impossible for me to establish an independent evaluation for Naomi as she is very reclusive. Naomi has not been able to return to work in spite of having two Master's degrees, she does not have any social life to speak of, and has become more and more reclusive. Naomi was diagnosed as having diabetes a year prior to David's death, and this has proven to be an additional stress for her. To this day she is preoccupied with her medical condition and has not been able to bring her diabetes under control. The father of the family, Mr. Ralph Goldman, continues to support Naomi both financially and morally; but he is helpless to set limits for her. Judy is left as the only functioning adult child in the family.

Judy herself has suffered from post-traumatic stress disorder ever since the murder of her brother. She has endured heightened anxiety, insomnia, nightmares and persistent preoccupation with images of her brother's death. The burden of being the only competently functioning adult child has, at times, brought her to the brink of exasperation.

Mrs. Helen Goldman, the mother of the family, who passed away two years ago, had a heart attack after the death of her son which was clearly the result of a broken heart. In later years she suffered from leukemia that ultimately lead to her death.

OFFICE & RESIDENCE:

Ben Azzay 4, Bake
93505 Jerusalem, Israel
Tel & Fax (in Israel):
02-672-0424

■ CORRESPONDENCE:

P.O.B. 10311
91102 Jerusalem, Israel
Tel & Fax (International):
972-2-672-0424

פרופ' ישראל טשרני 23:43:3823:43:3823:43:38

*Prof. ISRAEL W. CHARNY, Ph.D.*

מומחה ומדריך בפסיכולוגיה קלינית;  מטפל ומדריך במפגש משפחתי מוסמך ע״י האגודה הישראלית לטפול משפחתי;  לשעבר נשיא מייסד וראשון
של האגודה הישראלית לטפול משפחתי

*Fellow and Accredited Supervisor, American Association Marriage and Family Therapy; Diplomate in Clinical Psychology, American Board of
Professional Psychology; Fellow, American Psychological Association; Past President, International Family Therapy Association [IFTA]*

Mr. Ralph Goldman has become depressed and despondent.

Since David's murder Judy has become the main source of emotional and functional support for her parents who suffered two tragedies. She is now faced with caring for an elderly father who is often depressed and a sister who is apparently socially dysfunctional and dependent emotionally on her. This is an ongoing source of stress in her life.

It is my opinion that the entire family suffered a devastating blow in the death of David by terrorist hands and that they will remain scarred by this catastrophe.

I solemnly affirm under the penalties of perjury and upon personal knowledge and belief that the contents of the forgoing report are true.

Sincerely,

Israel W. Charny,  Ph.D.

*Born 1931 in the USA*

*Settled in Israel 1973*

*Marital Status:  Married twice - 6 children*


### Academic Training:

| | |
|---|---|
| 1952 | **Temple University,** Philadelphia, Pennsylvania<br>B.A. With Distinction in Psychology, 1952 |
| 1957 | **University of Rochester,** Rochester, New York<br>Ph.D., Clinical Psychology, 1957<br>Dissertation:  "Rorschach Areas Designated as Sex Populars"<br>        Supervisor:  Prof. Vincent Nowlis |

### ACADEMIC AND RESEARCH APPOINTMENTS:

| | |
|---|---|
| 1955-1958 | **University of Rochester, Department of Psychology**<br>Visiting Instructor to Lecturer |
| 1958-1961 | **University of Pennsylvania, School of Social Work**<br>Guest Lecturer |
| 1971-1973 | **Reconstructionist Rabbinical College (Graduate School awarding doctoral degrees),** Philadelphia<br>Professor of Psychology and Consultant in Counseling |
| 1973-1982 | **Szold National Institute for Research in Behavioral Sciences,** Jerusalem<br>Senior Researcher |
| 1973- | **Tel-Aviv University, School of Social Work**<br>Adjunct Associate Professor of Psychology, 1973-78; Clinical Associate Professor of Psychology, 1978-1984; Associate Professor of Psychology, 1984-1994; Retired, 1994-<br>*Member, Council, School of Social Work, 1980-1985*<br>***Founder and Director, Postgraduate Interdisciplinary Training Program in Family Therapy, 1983-1990***<br>***Founder and Chairman, Graduate Family Therapy Program, 1987-1990*** |
| 1992-1994 | **Ben Gurion University of the Negev**<br>Adjunct Professor of Psychology, Department of Social Work |
| 1993- | **Hebrew University of Jerusalem**<br>Professor of Psychology and Family Therapy<br>***Founder and Director of School of Psychotherapy which is formally entitled, "Program for Advanced  Studies in Integrative Psychotherapy," Department of  Psychology and Martin Buber Center, 1993-1997***<br>*Member of Directorate of School of Psychotherapy, 1997-* |

**ACADEMIC AND RESEARCH APPOINTMENTS -cntd.:**

*Visiting Appointments (Summers):*

| | |
|---|---|
| 1977 | **City University of New York, Hunter College** <br> Visiting Associate Professor of Psychology |
| 1978 | **City University of New York, Hunter College** <br> Visiting Professor of Psychology |
| 1985, 1986 | **United States International University,** San Diego <br> Visiting Professor of Psychology, School of Human Behavior: |
| 1989 | **United States International University,** San Diego <br> Visiting Distinguished Professor of Psychology, School of Human Behavior: |
| 1989 | **San Diego State University** <br> Visiting Professor  of Psychology |
| 1986-90, 1992 | |
| | **University of California Los Angeles (UCLA), Department of Sociology** <br> Visiting Scholar (in association with Prof. Leo Kuper) |
| 1992 | **University for Humanistic Studies, San Diego** <br> Visiting Distinguished Professor of Psychology and Family Therapy |

*Prof. ISRAEL W. CHARNY, Ph.D.*    *CV - Biographical Information*    *October 1, 2000*    3

### ROLES IN PEACE RESEARCH & HOLOCAUST AND GENOCIDE STUDIES

| | |
|---|---|
| 1979-1982 | **First International Conference on the Holocaust and Genocide (Tel Aviv, June, 1982)**<br>Executive Director<br>Chairman of Conference |
| 1982 | **Institute of the International Conference on the Holocaust and Genocide**<br>Founder, with Shamai Davidson and Elie Wiesel |
| 1982- | **Institute on the Holocaust and Genocide [originally Institute of the International Conference on the Holocaust and Genocide]**<br>Executive Director |
| 1966-1971 | **Group for Research in the Psychology of Aggression and Non-Violence**<br>Absorbed in the American Orthopsychiatric Association Study Group on Mental Health Aspects of Aggresssion, Violence and War (see below)<br>Coordinator |
| 1970-1972 | **American Orthopsychiatric Association Task Force on Quality of Life**<br>Chairman |
| 1970-1974 | **American Orthopsychiatric Association Study Group on Mental Health Aspects of Aggression, Violence, and War**<br>Chairman |
| 1970-1974 | **American Orthopsychiatric Asociation Council on Social Issues**<br>Member |
| 1970-1971 | **Consortium on Peace Research, Education and Development (COPRED)**<br>Delegate to the Founding Conference, Institute of Behavioral Science, University of Colorado, 1970<br>Member, Organizing Executive Committee,1970-1971 |
| 1977-1980 | **Israel Institute Study International Affairs**<br>Member of Council |
| 1983- | **Institute for the Study of Genocide, John Jay College Criminal Justice, City University, New York**<br>Member, Board of Directors |
| 1985-1995 | **Founder and Editor,** ***Internet on the Holocaust and Genocide***<br>Since 1995, publication has been continued by the Centre for Comparative Study of Genocide, Macquarie University, Sidney, Australia under the name *International Network on Holocaust & Genocide* |
| 1995- | **Associate**<br>Centre for Comparative Study of Genocide, Macquarie University, Sidney, Australia |
| 1985-1995 | **Cambodia Documentation Commission, New York:**<br>Member, Board of Advisors |

*Prof. ISRAEL W. CHARNY, Ph.D.*     *CV - Biographical Information*     *October 1, 2000*     4

*ROLES IN PEACE RESEARCH & HOLOCAUST AND GENOCIDE STUDIES - contd.*

| | |
|---|---|
| 1986-1995 | **Institute for the Study of the Armenian Genocide, National Association for Armenian Studies and Research (NAASR), Cambridge, MA**<br>Member, Board of Advisors |
| 1990-1995 | **Armenian Genocide Archive [Chadwyck-Healy Inc. and the Armenian Assembly of America]**<br>Member, Advisory Board |
| 1990- | **Philadelphia Center on the Holocaust, Genocide  and Human Rights**<br>Educational Consultant |
| 1990-1992 | **International Peace Research Association: International Commission on Peace in the Middle East**<br>Member |
| 1992-1993 | **International Peace Research Association: Commission on Peace Building in World Crisis Areas**<br>Member |
| 1992-1995 | **Joint Committee of Israel Foreign Ministry and Lapid, the Movement to Commemorate the Implications of the Holocaust: Committee to Monitor Events of Mass Killing in the World**<br>Member |
| 1994 | **Association of Genocide Scholars**<br>Founder, with Helen Fein, Roger Smith and Robert Melson |
| 1990 | **American Psychiatric Association, DSM-IV  Advisory Panel on Diagnostic Classification**<br>Member of  Panel: consulted on diagnosis of *Victimization* |
| 1991-1993 | **American Psychological Association, Division of Family Psychology, Task Force on Diagnosis and Classification**<br>Member of Panel: consulted on diagnosis of *Evil Personality* and *Doing Harm to Others* |
| **1996-** | ***Encyclopedia of Genocide***<br>Editor-in Chief; Associate Editors: Rouben Paul Adalian,  Steven Jacobs, Eric Markusen, Samuel Totten; Bibliographic Editor: Marc I. Sherman; Forewords to First Edition (1999) by Archbishop Desmond Tutu and Simon Wiesenthal |
| **1999** | **Hebrew University of Jerusalem: Armenian Studies Program**<br>Honorary Committee, 30th Anniversary Celebration |
| **2000** | **Aegis Trust (UK) [Devoted to Research and Definition of Policy on Genocide Prevention and Intervention Strategies**<br>Member, Advisory Board |

### CONSULTING APPOINTMENTS

1960-1962    **Oakbourne Hospital and Philadelphia Guidance Clinic**
Supervisor Postdoctoral Training

1968-1973    **Family Institute of Philadelphia**
Faculty (no ranks)

1973-1982    **Institute for Training Social Workers, Ministry of Social Welfare** (Tel Aviv
and Jerusalem):
Faculty (no ranks)

1961-1965    **United Cerebral Palsy Association,** Philadelphia
Consultant

1962-1966    **Southern Home for Children,** Philadelphia
Consultant

1970-1973    **Israel Aliyah Center,** Philadelphia
Consultant (organized and coordinated panel of mental health professionals who
contributed their services to families planning to emigrate to Israel)

1970-1976    **Reconstructionist Rabbinical College,** Philadelphia
Member, Admissions Committee, Clinical Psychology Consultant 1970-1973;
Israel Committee, 1973-1976

1973-1980    **Kibbutz Child and Family Clinic,** Tel Aviv
Senior Consultant

1979-1982    **Child and Adolescent Service, Geihah Psychiatric Hospital,** Tel Aviv
Consultant

1982-    **Florida Couples and Family Institute**
Consultant,  International Professional Advisory Board and Visiting Faculty

1998-    **Psychoanalytic Couple and Family Institute of New England,**
Westford, MA
Member, Advisory Board

## CLINICAL PRACTICE

1956-1958    **Board of Education,** Rochester, New York
School Psychologist

1958-1962    **Oakbourne Hospital** (Inpatient treatment service affiliated with Philadelphia
Child Guidance Clinic), West Chester, Pennsylvania
Chief Psychologist

1962-1973    **Guidance Consultants, a Psychological Group Practice,** Paoli, Pennsylvania
Director

1960-    **Private Practice:**
1959-1962 West Chester, Pennsylvania;
1962-1973 Paoli, Pennsylvania;
1973-    Israel

## CLINICAL LICENSING, ACCREDITATION AND SPECIALTY CERTIFICATION

Licensed Psychologist, New York State (inactive)

Licensed Psychologist, Commonwealth of Pennsylvania (inactive)

Licensed Psychologist and Specialist in Clinical Psychology (Psychodiagnosis and
Psychotherapy), and Accredited Supervisor, Ministry of Health, State of Israel

Diplomate in Clinical Psychology, American Board of Professional Psychology (1965)

Clinical  Member and Accredited Supervisor, American Association Marriage and Family Therapy

Certified Family Therapist and Accredited Supervisor, Israel Association Marriage & Family
Therapy

**BOARDS OF DIRECTORS, ADVISORY BOARDS, AND ORGANIZING COMMITTEES IN CLINICAL PSYCHOLOGY AND FAMILY THERAPY**

| | |
|---|---|
| 1976 | *First International Congress on Family Therapy, Tel Aviv, sponsored by American Academy of Psychologists in Family Therapy, in collaboration with a group of Israeli family therapists headed by Yocheved Howard and including Ephraim Howard, Dror Wertheimer, and Israel Charny* |
| 1977 | *Second International Congress on Family Therapy, Jerusalem, organized by Gerald Berenson, Ph.D., New York in conjunction with local Israeli committee* Member, Organizing Committee *Chairman, Inaugual Meeting of the Israel Association for Marital & Family Therapy & Family Life Education* |
| 1975-1979 | *Israel Association for Marital & Family Therapy & Family Life Education Founding President (1975-1977), and First President (1977-1979)* |
| 1979-1990 | **Israel Association for Marital and Family Therapy** Past President, Member of Executive Council |
| 1977-80 1992- | **Shiluv Family Treatment Center, Jerusalem** Member, Board of Directors |
| 1977 | **National Congress, Israel Association for Marital & Family Therapy** Chairman |
| 1979 | *Third International Congress on Family Therapy (first international congress sponsored and organized by the Israel Association of Marital and Family Therapy)* *Co-Chairman of Congress with Yocheved Howard and Ephraim Howard, and Chairman, Opening Session* |
| 1979 | **Ministry of Labor and Welfare Council on the Family** Member |
| 1980 | **First International Meeting of the American Association of Marriage & Family Therapy Association, Toronto** Representative of the Israel Asociation for Marital & Family Therapy |
| 1981 | **International Symposium on Single-Parent Families, Beersheva** Member, Organizing Committee |
| 1982-1990 | **Bandy Steiner Institute for One-Parent Families, Ben Gurion University, Beersheva** Member, Board of Directors, |
| 1982 | **Fourth International Congress on Family Therapy, Tel-Aviv** Member, Organizing Committee |
| 1985- | **The Pairs Foundation, Virginia** [the late Virginia Satir, Original Chairperson] Member, Board of Advisors |

**BOARDS OF DIRECTORS, ADVISORY BOARDS, AND ORGANIZING COMMITTEES IN CLINICAL PYCHOLOGY AND FAMILY THERAPY - contd.**

1986          **Fifth International Congress on Family Therapy, Tel-Aviv**
              Member, Organizing Committee

1990-1993     **International Family Therapy Association**
              Member, Board of Directors,

1992          **Sixth International Congress on Family Therapy, and Fourth World Family Therapy Congress of the International Family Therapy Association, Jerusalem**
              Member, International Advisory Board

1992-1997     **Israel Family Therapy Association**
              Chairperson, Appeals Committee, Commission on Certification of Family Therapists

1995-1997     **International Family Therapy Association**
              President-Elect, Member of Executive Committee

1995          **International Family Therapy Association**
              Member, International Advisory Board - representing the International Family Therapy Association, IV European Congress of Psychology, Athens

1995-1997     **International Family Therapy Association**
              *President*

1995          **International Family Therapy Association, Seventh World Family Therapy Congress, Guadalajara, Mexico**
              Member, Organizing Committee

1996          **International Family Therapy Association, Eigth World Family Therapy Congress, Athens**
              Member, Organizing Committee

1997          **International Family Therapy Association, Ninth World Family Therapy Congress, & Seventh Israel International Congress on Family Therapy, Jerusalem**
              Member, Organizing Committee

1998          **International Family Therapy Association, Tenth World Family Therapy Congress, Dusseldorf**
              Member, Organizing Committee
              Liason on behalf of the International Family Therapy Association to the local Organizers (1996-1999)

1997-1999     **International Family Therapy Association**
              Immediate Past President, Member of Executive Committee

Case 1:06-cv-00721-ESH    Document 11-5    Filed 11/15/2007    Page 18 of 23

*Prof. ISRAEL W. CHARNY, Ph.D.*    *CV - Biographical Information*    *October 1, 2000*    9

## *HONORS*

### *PSYCHOLOGY AND FAMILY THERAPY:*

**American Psychological Association**
Elected Fellow, "In Recognition of Outstanding and Unusual Contribution to the Science and Profession of Psychology" (1988)

**Israel Association for Marital and Family Therapy and Family Life Education**
Founding President, 1976-1978
First President, 1978-1979

**American Association of Marriage and Family Therapy**
Election as "Master Family Therapist" (1985)

**American Association of Marriage and Family Therapy**
International Fellow Award, "Recognizing International Leadership and Contributions to the Family Therapy Field" (1985)

**International Family Therapy Association**
President-Elect 1993-1995
President 1995-1997
Immediate Past-President 1997-1999
Past President  and Member of Board of Directors 1999-

**Israel Association for Marital and Family Therapy and Family Life Education**
"Honoring Israel Charny on Assuming the Office of President of the International Family Therapy Association," at the Museum of the Diaspora, Tel Aviv University (1995)

### *HOLOCAUST AND GENOCIDE STUDIES:*

**International Alert: Committee for Action Against Genocide and Mass Killings**
Honored by the Board of Directors, UCLA Faculty Club
Organized by Prof. Richard Hovannisian, Dept. of History; with Prof. Leo Kuper, Dept. of Sociology; and Martin Ennals, Secretary-General of International Alert, and Former Secretary-General of Ammnesty International (1985)

**Transylvanian World Federation**
*Star of the Transylvanian Legion of Honor:* "A Decoration for Courage, Honor and Heroic Service in Defense of the Principles of Self-Determination, National And Human Rights, and World Peace Based on Justice" (1987)

**Nuclear Age Peace Foundation**
*Peace Ambassador:* "For Dedication to Advancing the Cause of Peace, Promoting Nonviolent Resolution of Conflicts, Freeing the World of Weapons of Mass Destruction, and Creating a World Community Based on International Law, Justice and Human Dignity" (1993)

**Armenian American Society for Studies in Stress and Genocide**
*Distinguished Achievment Award:* "In Recognition of Outstanding Research and Scholarship in the Field of Holocaust and Genocide Studies" (1997)

**HONORS** cntd

**Directory Listings:**

*Who's Who in the World (1998-  )*

*Who's Who in America (1974 to 1986)*

*Who's Who in Israel*

*Who's Who in International Organizations*

*American Men of Science*

*Men of Achievement*

*Who's Who in Jerusalem*

*International Directory of Distinguished Psychotherapists*

*Who's Who Among Authors and Journalists*

*International Authors and Writers' Who's Who Contemporary Authors*

*Writers' Directory*

Entry in Russian-language encyclopedia published in Armenia, 1991

**Election as "Fellow":**

Pennsylvania Psychological Association

American Association Advancement Science

American Association Marriage and Family Therapy

American Orthopsychiatric Association

American Psychological Association

International Society for Research on Aggression

### MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS

**American Association Marriage and Family Therapy**
International Fellow, Accredited Supervisor

**American Psychological Association** (Fellow)
       **Division Family Psychology** (Fellow)
       **Division Clinical Psychology**
       **Division Psychotherapy**
       **Society Psychological Study Social Issues**

**American Orthopsychiatric Association**
Fellow, Life Member

**Association of Genocide Scholars**
One of the Founders (with Helen Fein, Roger Smith, and Robert Melson)

**International Council of Psychologists**

**International Family Therapy Association**
Past President

**Israel Association for Marital and Family Therapy and Family Life Education**
Founding and First President
Accredited Therapist, Accredited Supervisor

**Israel Association for Psychotherapy**

**Israel Psychological Association**
Licensed Psychologist and Specialist in Clinical Psychology (Psychodiagnosis and Psychotherapy) and Accredited Supervisor [by the Ministry of Health]

**Israel Association for Integrative Psychotherapy**

*Inactive:*

**Consortium on Peace Research, Education and Development**

**International Peace Research Association**

**International Society for Research on Aggression**
Fellow

## BOOKS BY I. W. CHARNY

- *Marital Love and Hate.* New York: Macmillan, 1972. Paperback, New York: Lancer, 1973.

- Editor, *Strategies Against Violence: Design for Nonviolent Change.* Boulder, Colorado: Westview Press, 1978.

- *How Can We Commit the Unthinkable?: Genocide, The Human Cancer.* In collaboration with Chanan Rapaport. Foreword by Elie Wiesel. Boulder, Colorado: Westview Press, 1982.

    - Paperback [with title change: *Genocide, the Human Cancer: How Can We Commit the Unthinkable?*]. New York: Hearst Professional Books [William Morrow], 1983.

    - Translation into Portuguese, with new Introduction to this edition by the author and updated bibliography: *Anatomia do Genocídio: Uma Psicologia da Agressão Humana.* Rio de Janeiro: Editora Rosa dos Tempos, 1998. [Translated by Ruy Jungmann]

- Editor, with Shamai Davidson, *The Book of the International Conference on the Holocaust and Genocide. Book One. The Conference Program and Crisis.* Tel Aviv: Institute of the International Conference on the Holocaust and Genocide, 1983.

- Editor, *Toward the Understanding and Prevention of Genocide [Selected Presentations at the International Conference on the Holocaust and Genocide].* Boulder, Colorado: Westview Press; & London: Bowker Publishing, 1984.

- Editor, *Genocide: A Critical Bibliographic Review.* London: Mansell Publishing; & New York: Facts on File, 1988.

- Editor, *Genocide: A Critical Bibliographic Review. Volume 2.* London: Mansell Publishing; & New York: Facts on File, 1991.

- *Existential/Dialectical Marital Therapy: Breaking the Secret Code of Marriage.* New York: Brunner/Mazel, 1992.

- Editor of book by the late Shamai Davidson, *Holding on to Humanity – The Message of Holocaust Survivors: The Shamai Davidson Papers.* NewYork: New York University Press, 1992.

*BOOKS BY I. W. CHARNY -2-*

- Editor, *The Widening Circle of Genocide, Volume 3 in the Series, Genocide: A Critical Bibliographic Review*. New Brunswick, N.J.: Transaction Publishers, 1994.

- Totten, Samuel; Parsons, William S.; and Charny, Israel W. (Eds.), *Genocide in the Twentieth Century: Critical Essays and Eyewitness Accounts*. New York: Garland Publishing, 1995.

  - Paperback, revised and expanded, with title change: *Century of Genocide: Eyewitness Accounts and Critical Views,* 1997.

  - Second Edition of paperback, revised and expanded, with change of subtitle and change of publisher:: *Century of Genocide: Critical Essays and Eyewitness Accounts.* New York and London: Routledge, 2004.

- Series Editor: Krell, Robert, & Sherman, Marc I. (Eds.), *Medical and Psychological Effects of Concentration Camps on Holocaust Survivors. Volume 4 in the Series ,Genocide: A Critical Bibliographic Review.* New Brunswick, NJ: Transaction Publishers, 1997.

- Editor-in-Chief, *Encyclopedia of Genocide.* Two Volumes. ABC-Clio Publishers. Santa Barbara, CA and Denver, CO, USA: December, 1999; London, UK: February 2000.

  - Associate Editors: Rouben Paul Adalian, Steven Jacobs, Eric Markusen, and Samuel Totten. Bibliographic Editor: Marc I Sherman. Forewords by Bishop Desmond Tutu and Simon Wiesenthal: "Why Is It Important to Learn about the Holocaust and the Genocides of *All* Peoples?"

  - *2nd Printing, November 2000*

  - *Partial French Edition, Fall 2001: Le livre noir de l'humanité: Encyclopédie mondiale des genocides.* Ava-propos de monseigneur Desmond M. Tutu et de Simon Wiesenthal. Traduit de l'anglais par Janice Valls-Russell. Toulouse: Éditions Privat.

  - *3rd Printing, December 2002*

  - *Internet e-Book edition, 2003*

**BOOKS BY I. W. CHARNY -3-**

- *Fascism and Democracy in the Human Mind: A Bridge between Mind and Society.*   Lincoln, NE: University of Nebraska Press, 2006.

*IN PRESS:*

- *Fighting Suicide Bombing: A Worldwide Campaign for Life.*  New York: Praeger Security International [Greenwood Press], 2007.

*IN PROGRESS:*

- *"And You Shall Destroy the Evil Inside of You": Holocaust and Genocide as the Acts of Human Beings -- In Our Image!* (Book is being written in Hebrew).  Textbook for The Open University of Israel, and will also be published as trade book.  Expected 2007.

*March 2007*