# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ELISA NILI CIRILO PERES BEN-RAFAEL, et al., | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 1:06-CV-00721 (ESH) |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

DECLARATION OF YONATAN MISHAEL BEN RAFAEL

I, Yonatan Mishael Ben Rafael, hereby state as follows:

1) My name is Yonatan Mishael Ben Rafael. I make this declaration based on my personal knowledge and a review of various documents submitted herewith. If called as a witness, I could and would testify competently to the matters contained in this declaration.

2) I was born in Jerusalem, Israel on 16 June 1991. I am citizen of the United States and I have been continuously and uninterruptedly a citizen of the United States since birth. I currently live in Israel and at all times relevant to this complaint I have been domiciled in Israel.

3) I am the son of David Joel Ben-Rafael and Elisa Nili Cirilo-Peres Ben-Rafael.

4) I was only 9 months old when my father was murdered in the Embassy Bombing.

5) All my life I grew up without a father. I don't really like talking about this. Sometimes I feel a little jealous of my friends because I know they have special talks and activities with their fathers and I don't have that because my father was killed. I sometimes feel a little different because I don't have a father and I don't really like it when, say for example at school, other kids talk about what their fathers do at work. It

bothers me to always have to say my father was killed, so almost all the time when this comes up, I just sit quietly. What I can say is that I have a wonderful grandfather who has always been a part of my life. I really enjoy talking to him and spending time with him. I have a good judo teacher who has been my instructor since I was six years old and it is always fun to spend time talking with him and working out in Judo classes and competitions. I also have always had good contact with several of my father's close friends sometimes when I am in the mood they tell me stories about my father that's really great but it is hard for me to relate to my father because I don't have any memories of my own of him.

6) Sometimes I wish he were around because then there would be two men in the house and it would be a bit more balanced, quieter and easier around here. I think that I grew up with a good mother she tries her very best to be fair and balanced, but I think that it has been hard for her. She talks about my father, we have a few pictures of him in the living room. When I was little, my sister and I would ask her to make a cake for my father's birthday. It was nice to have that extra cake and to have special memory talks about my father.

7) In school and with my friends I don't really talk about my father or how he was killed. I only talked about it in public once during a debate with other Seeds of Peace participants. I got a bit frustrated because some of the other "Seeds" were talking about how unfair and bad the Israeli Army has been to them, so I told them about how my father was killed and that it is very difficult for me to have grown up not really knowing who my father was and how my life would be different if he were around.

8) I am 16 and soon I will have my first army call up and already my mom said she will not sign the special document that will allow me to do a regular army service – that bothers me a lot. I would like to do regular army like all my friends because I think it is an important part of my Israeli citizenship but because my father was murdered it will take a special signature from my mom and right now it doesn't look like she's going to sign that paper. I know that if my father were alive I wouldn't have this problem.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.

Date: November 12, 2007

/s/ Yonatan
Yonatan Mishael Ben Rafael