# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ELISA NILI CIRILO PERES BEN-RAFAEL, et al., | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 1:06-CV-00721 (ESH) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | |
| Defendants. | |

DECLARATION OF NOA RUTH BEN RAFAEL

I, Noa Ruth Ben Rafael, hereby state as follows:

1) My name is Noa Ruth Ben Rafael. I make this declaration based on my personal knowledge and a review of various documents submitted herewith. If called as a witness, I could and would testify competently to the matters contained in this declaration.

2) I was born in Jerusalem, Israel on 20 November 1988. I am citizen of the United States and I have been continuously and uninterruptedly a citizen of the United States since birth. I currently live in Israel and at all times relevant to this complaint I have been domiciled in Israel.

3) I am the daughter and first-born child of David Joel Ben-Rafael and Elisa Nili Cirilo-Peres Ben-Rafael.

4) I was only 3 ½ years old when my father was murdered in the Embassy Bombing. Except for vague memories I don't really remember my Dad. I remember little things like him bathing me, and giving me bubble bath, sitting on his shoulders and playing with his hair and visiting him at the Embassy (in Argentina). Other than that I don't really remember him.

5)   Throughout my life any happy event was always colored by a bit of sadness and emptiness because I knew that my father should be there and he wasn't. Difficult times for me included the annual Memorial Day services at school; father-daughter events or any event at school when other children had both parents present and I felt that both my parents should be present. This includes events at school, in summer camps, dancing recitals, and especially my bat mitzvah.

6)   My birthday celebrations are always difficult for me because I wish that my father was there to hug me. I feel that my whole entire life I have had a missing blank that has never been filled. I have had a difficult teenage maturity period during high school with myself and my mother. During junior high and high school the second Intifada took place and because of my mother's fears I wasn't able to be like other children. I wasn't allowed to take buses or be in certain parts of town and I needed to always be in touch with my mother. I think that because of my father's murder my mother was far more over protective than other parents.

7)   I finished 12 years of study but was not able to complete all of my matriculation examinations. I feel that if my father were alive my teenaged yeas and maturity issues would have been different.

8)   At this time I am at the start of my National Service (in place of army service), I am carrying out this service at the Israeli Ministry of Foreign Affairs the place that my father worked. I think this is very important for me.

9)   In fourth grade I had psychologist due to the fact that I wasn't having an easy time in school due to the fact that my father had been murdered. At the time there were various terrorist attacks in Israel and it was extremely difficult for me.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.

Date: November 12, 2007      /s/ *Noa Ruth*
                             Noa Ruth Ben Rafael