# EXHIBIT 8

**ADMISSION RECORD**

# LENOX HILL HOSPITAL

CHART COPY

100 EAST 77TH STREET / NEW YORK, N.Y. 10021

MRNO:

| ACCOUNT NUMBER | ADMIT DATE | ROOM NO. | SEG NO. | ROOM TEL. NO. | ACC. TYPE | TRANS ROOM NO. | SEG NO. | ROOM TEL. NO. | ACC. TYPE | JG. NO. | FIN. CL. | # PLANT | ADMIT THRU/FR |

P A T I E N T   D A T A

| PATIENT NAME (LAST NAME FIRST) | | ADDRESS, STREET | | CITY | | COUNTY | STATE | ZIP CODE | | APT. NO. | UN-CARE-NO |

| HOME TELEPHONE NO. | BIRTH DATE | BIRTH PLACE | | AGE | SEX | MAR. ST | MA. | RELIGION | RACE | SOCIAL SECURITY NO. |

DISCHARGE DATE    **6 5 92**

RETIRED

| DISCHARGE TIME | OCCUPATION | | | | | ADMISSION |

| EMPLOYER'S ADDRESS, STREET | | CITY & STATE | | ZIP CODE | | BUSINESS PHONE |

| REF. DR. NO. | ATTENDING DOCTOR | | | ATTEND. DR. NO. |

| AGE | SPOUSE'S BIRTHPLACE | SS# | OCCUPATION | | SPOUSE & EMPLOYER |

| | | PATIENT'S NEXT OF KIN | | RELATIONSHIP |

| CITY & STATE | | ZIP CODE | HOME TELEPHONE NO. | | BUSINESS TELEPHONE NO. |

| LIVING? | MOTHER'S MAIDEN NAME & BIRTH PLACE |

| DATE FROM | DATE THRU | IN P. | OUT P. |

| WORK RELATED/ACCIDENT | OCCUPATIONAL INJURY OR ILLNESS | MOTOR VEHICLE RELATED | OTHER | | ARE YOU CLAIMING BLOOD CREDITS? | NAME OF THE ORGANIZATION RELEASING THE BLOOD CREDITS |

| | ADMITTING DIAGNOSIS (CODE) |

| | SECONDARY CODE |

| | INFECTIOUS/NON-CODE CODE |

| ADDRESS, STREET | | CITY & STATE |

| GUARANTOR'S OCCUPATION | SS# | NAME & ADDRESS OF GUARANTOR'S EMPLOYER |

| | | | COUNT. | STATE |

| SUFFIX | DATE EFFECTIVE | SUBSCRIBER (AS NAME APPEARS ON CARD) |

| PART A EFFECT. DATE | PART B EFFECT. DATE | NAME ON CARD | | NEW FOR CARE. NO./MA. RX |

| NAME OF POLICY HOLDER | | | POLICYHOLDER'S SOCIAL |

| | GREAT | CHILDREN | | |

| MOTHER | | | | | |

# LENOX HILL HOSPITAL
100 EAST 77th STREET · NEW YORK, N.Y.

## USE BLACK BALL-POINT PEN ONLY

DISCHARGE SUMMARY SHEET

CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY DIAGNOSES AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE

# LENOX HILL HOSPITAL
## NEW YORK CITY

### DISCHARGE SUMMARY

NAME:   GOLDMAN, HELEN

HISTORY #1196926

SEX: F      DATE ADMITTED:   5/23/92
AGE: 74     DATE DISCHARGED: 6/5/92

FINAL DIAGNOSIS:   1) Acute inferoposterior lateral wall
myocardial infarction.
2) Hypoglycemia.
3) Thrombocytosis.
4) Atherosclerotic heart disease.
5) Hemorrhoids.
6) Nonsustained ventricular tachycardia.

HISTORY:
This is a 74 year old white female who presented to the emergency
room with a history of four to five days of intermittent
substernal chest tightness which was recurred on the A.M. of
admission and had been persistent since 2 P.M. on the day of
admission.  She denies a prior cardiac history.

PAST MEDICAL HISTORY:
Is notable for the absence of hypertension, tobacco use, peptic
ulcer disease, peripheral vascular disease, prior stroke or
transient ischemic attack.  She denies any history of physical
trauma.  Past medical history is notable for the presence of
borderline diabetes, essential thrombocytosis and a history of
hemorrhoids.   She is also status post a cholecystectomy.
Outpatient medications include hydroxyuria and Dalmane.

SOCIAL HISTORY:
Is notable for the absence of tobacco use and only rare alcohol
use.

FAMILY HISTORY:
Is notable for hypercholesterolemia, coronary artery disease and
thrombocytosis.   In addition, her son recently died in the
terrorist bombing of the Israeli embassy in Argentina.

PHYSICAL EXAMINATION:
Revealed the patient to be in mild distress with a heart rate of
76 to 84, blood pressure 120/70.  Cardiac examination revealed
regular rate with normal S1 and S2.  There were murmurs, runs or
gallops.  Lungs were clear.  Extremities were without cyanosis,
clubbing or edema.  Rectal examination revealed two hemorrhoids.
Stool was brown and guaiac negative.  Abdominal examination
revealed normal bowel sounds.  It was soft, nontender and
nondistended.  There was rebound, rigidity or guarding.  Neck was
supple without bruits.  Electrocardiogram revealed sinus rhythm
and sinus bradycardia with an acute inferoposterior lateral wall

CONTINUED...

myocardial infarction injury pattern.   Right ventricular leads
were negative for right ventricular infarction.

Notable laboratory data on admission were glucose of 195,
creatinine 0.2, first CPK of 120 with SGOT of 65 and LDH of 961.

ASSESSMENT:
Is a patient with either starting infarct or unstable angina
culminating in an acute infarct today.   The case was discussed
with Dr. Steve Schneider and Dr. Shelly Brown.   The main concern
was the use of thrombolytics in a patient with essential
thrombocytosis.   This was discussed with the GUSTO people.
However, they had no experience with a patient with essential
thrombocytosis and basically advised that the patient's clinical
condition should warrant whether or not she gets the medication.
Dr. Shelley Brown felt that we could safely use thrombolysis and
for this reason she was randomized in the GUSTO trial to receive
tPA heparin.   The plan was to also observe the patient for the
onset of diabetic ketoacidosis in light of her acute infarct and
history of borderline diabetes.

HOSPITAL COURSE:
Early on the patient had mild nausea but minimal gastrointestinal
upset after that.   There was mild congestive heart failure noted
both on physical examination and chest x-ray.   Her monitor
revealed sinus rhythm and sinus bradycardia with short bursts of
nonsustained ventricular tachycardia.   The peak CPK was 3200.
Platelet count was 592,000.   Her electrocardiogram after
thrombolysis had resolution of acute injury pattern and patient
did have a tall R wave in V2 consistent with posterior
infarction, but she did not develop Q waves in the inferolateral
leads except for Q in lead III, but this may be a normal variant.

The initial assessment was that of an inferoposterolateral wall
myocardial infarction with dramatic resolution of the injury
pattern following thrombolysis.   An echocardiogram on admission
did reveal "good" wall motion.   The patient did not have any
coagulopathy or bleeding problems throughout the hospital stay.
She was continued on heparin.   Further review of the
echocardiogram revealed only mild inferoposterior lateral wall
hypokinesia.   Accelerated interventricular rhythm and
nonsustained ventricular tachycardia persisted but only over the
next 24 to 48 hours and then resolved.   The subsequent course was
uncomplicated.   Due to the dramatic resolution of the

CONTINUED...

**LENOX HILL HOSPITAL**
**NEW YORK CITY**

**DISCHARGE SUMMARY**

NAME:  GOLDMAN, HELEN                    HISTORY #1196926

PAGE 3

electrocardiogram abnormalities, the cardiac catheterization was
recommended.  This was performed on 5/28/92.  This revealed 90
percent circumflex lesion, 60 percent mid-LAD lesion.  The right
coronary artery was without disease, and the left ventriculogram
revealed an ejection fraction of 55 percent with posterior wall
hypokinesia.   An angioplasty was performed at the same sitting
with an excellent result with a 10% residual stenosis.   The
patient tolerated the procedure extremely well.

The remainder of the hospital course was notable for a persistent
rise in the platelet count requiring increases of the hydroxyurea
initially to 1500 mg. per day and then 2 grams per day.  Heparin
was discontinued on 6/4/92 when the platelet count was 790,000.
At the time of this dictation the heparin has been discontinued.
The patient will be observed for a full 24 hours and then
discharged.  Lipid profile post infarction revealed a cholesterol
of 185, an HDL of 30, a triglyceride of 156, and an LDL of 110.
The cholesterol:HDL ratio of post-infarction was 5.5.  This is
elevated and since cholesterol levels can drop post myocardial
infarction this may be an underestimation of her cholesterol:HDL
ratio.   The patient received dietary instructions and diabetic
teaching.   In addition she was instructed in the use of a home
glucometer.   Serum glucose levels during the hospital stay
ranged between 150 and 200.  It was felt that the glucose should
be treated aggressively initially with diet and patient awareness
since there were no risk factors to intervene on.

Medications for discharge include 1 baby aspirin 80 mg. a day,
Procardia XL 30 mg. once a day, and hydroxyurea 2 grams per day
to be followed by Dr. Shelley Brown.  The plan as an outpatient
will be to: 1) follow the platelet count, 2) follow the glucose
with home monitoring, and 3) plan a stress thallium in
approximately three weeks to assess the angioplasty site and the
60 percent LAD lesion which was left alone during the hospital
stay.   Follow up will be with myself, Dr. Paul Romanello, in
addition to Drs. Shelley Brown and Steve Schneider.


                                    Paul Romanello, M.D.

PR:jt
SecrePhone
DD: 6/5/92
DT: 6/9/92  Cassette #444

cc:  Dr. Shelley Brown, Dr. Steve Schneider

**LENOX HILL HOSPITAL**

**PATIENT DISCHARGE PLAN**

FOLLOW-UP:   CALL MD/CLINIC FOR APPOINTMENT

PHONE #

MD PRIVATE OFFICE/CLINIC        DATE              TIME

REFERRAL:   VN'S              HOME CARE        REHAB

SNF              OTHER

DIET:   REGULAR

OTHER (specify)

ACTIVITY LEVEL:   NO RESTRICTIONS

OTHER (specify)

MEDICATIONS:   NONE

| DRUG NAME | DOSE | FREQUENCY | INSTRUCTIONS |
|-----------|------|-----------|--------------|
|           |      |           |              |
|           |      |           |              |
|           |      |           |              |
|           |      |           |              |
|           |      |           |              |
|           |      |           |              |

SPECIAL INSTRUCTIONS:

PHYSICIAN'S SIGNATURE                    PATIENT'S SIGNATURE

DATE                                RELATIONSHIP TO PATIENT





**Lenox Hill Hospital**

100 East 77th Street
New York, New York 10021-1883

# DISCHARGE NOTICE

## READ THIS LETTER CAREFULLY - IT CONCERNS YOUR PRIVATE INSURANCE BENEFITS OR MEDICAID BENEFITS OR IF YOU ARE UNINSURED

Dear Patient:

Your doctor and the hospital have determined that you no longer require care in the hospital and will be ready for discharge on:

Day of Week                                    Date

**IF YOU AGREE** with this decision, you will be discharged. Be sure you have arranged, as part of your written discharge plan, which describes the arrangements for any future needs you may have.

**IF YOU DO NOT AGREE** and think you are not medically ready for discharge, or that the end of your hospitalization will not meet your health care needs, you, or your representative may request a review. Contact the review agent indicated on the reverse side of this letter if you wish a review of the discharge decision.

**IF YOU WOULD LIKE A REVIEW**, you should immediately, but no later than noon on the day after the above date on this notice, call the telephone number that should appear on the reverse side of this notice.

**IF YOU CANNOT REQUEST THE REVIEW YOURSELF**, and you do not have a family member or friend to help you, you may ask the hospital representative or your discharge planner to ask for a review for you.

**IF YOU REQUEST A REVIEW**, the following will happen:

The review agent will ask you or your representative why you or your physician believe you need to stay in the hospital and also will ask your physician about your health. The review agent will ask you or your representative can be reached.

After speaking with you or your representative and your physician and after reviewing your hospital record, the review agent will make a decision about your continued stay.

While the review is being conducted, you will not need to pay for any charges incurred until you have received the review agent's decision.

E REVIEW AGENT AGREES WITH THE DISCHARGE DECISION,



# LENOX HILL HOSPITAL
100 East 77th Street • New York, New York 10021

## AN IMPORTANT MESSAGE FROM MEDICARE

### YOUR RIGHTS WHILE YOU ARE A MEDICARE HOSPITAL PATIENT

- You have the right to receive all the hospital care that is necessary for the proper diagnosis and treatment of your illness or injury. According to Federal law, your discharge date must be determined solely by your medical needs, not by "DRGs" or Medicare payments.

- You have the right to be fully informed about decisions affecting your Medicare coverage and payment for your hospital stay and for any post-hospital services.

- You have the right to request a review by a Peer Review Organization of any written Notice of Noncoverage that you receive from the hospital stating that Medicare will no longer pay for your hospital care. Peer Review Organizations (PROs) are groups of doctors who are paid by the Federal Government to review medical necessity, appropriateness and quality of hospital treatment furnished to Medicare patients. The phone number and address of the PRO for your area are:

### Island Peer Review Organization, Inc.

1979 Marcus Avenue 1st Floor
Lake Success, NY 11042
1-800-446-2447

### TALK TO YOUR DOCTOR ABOUT YOUR STAY IN THE HOSPITAL

You and your doctor know more about your condition and your health needs than anyone else. Decisions about your treatment should be made between you and your doctor. If you have any questions about your medical care, ask your doctor ... and your need for services and care ... not hesitate to ask your doctor. The hospital's patient representative or social worker will also help ...

### IF YOU THINK YOU ARE BEING ASKED TO LEAVE THE HOSPITAL TOO SOON

...

**LENOX HILL HOSPITAL**

**PATIENT NOTIFICATION RECORD**
**INPATIENT ADMISSION**

(Instructions on back)

The patient named above or the patient's family or representative has been given the following notices as required by State and Federal regulations:

| | EMPLOYEE INITIAL AND DATE |
|---|---|
| \_\_\_\_PATIENTS' BILL OF RIGHTS | |
| ADVANCE DIRECTIVES PACKET<br>Provided to patient/family/other designated adult:<br>_____ YES _____ NO<br><br>DOES PATIENT HAVE ADVANCE DIRECTIVE?<br>_____ YES _____ NO _____ UNKNOWN<br><br>IF YES, SPECIFY:<br>\_\_\_\_\_ Health Care Proxy \_\_\_\_\_ Living Will \_\_\_\_\_ DNR<br><br>Other (specify) _____<br>COPY PLACED IN PATIENT'S MEDICAL RECORD:<br>_____ YES _____ NO<br><br>\_\_\_\_\_HOSPITAL ADMISSION NOTICE<br><br>\_\_\_\_\_IMPORTANT MESSAGE FROM MEDICARE<br><br>\_\_\_\_\_IMPORTANT MESSAGE FROM CHAMPUS/CHAMPVA | |
| II INFORMATION COULD NOT BE OBTAINED AND/OR PROVIDED AT ADMISSION<br>(admitting staff will follow up to obtain and provide above information) | |
| III RECORD OF FOLLOW UP VISITS<br>(admitting staff to enter initials and date of each follow up visit and state reason, i.e. patient off unit, etc.) | |

☐ Patient unable to receive any of the above information by time of discharge

PLEASE NOTE: A patient's status regarding advance directives may change during the course of the hospital stay. For this reason, it is imperative that this "Patient Notification Record" be used for documentation purposes only.

THIS FORM MUST NOT BE USED TO ASCERTAIN THE PATIENT'S ADVANCE DIRECTIVE STATUS DURING THE HOSPITAL STAY.

# Lenox Hill Hospital
100 East 77th Street
New York, New York 10021-1893

CONSENT AND RELEASE STATEMENTS
To Be Read and Signed by All Patients Upon Admission to Lenox Hill Hospital

Patient _Goldman, Helen_ _____ History _____ Date _____
                                                        Number
                                          Time _____ a.m.
                                                       p.m

I.    CONSENT FOR DIAGNOSIS AND TREATMENT

*    I voluntarily consent to such hospital care, customary routine diagnostic procedures,
     laboratory procedures, x-ray examinations, local anesthesia and medical treatment as my
     physician, Dr. _Mogelof_ _____ and his associates' assistants or
     designees may deem necessary to my admittance.

*    I acknowledge that the hospital may be unable to transport my personal possessions and
     valuables to persons at my request.

*    I acknowledge that my hospital care will require because it is a teaching hospital
     _____ from a medical or teaching procedure.

II.   RELEASE FROM RESPONSIBILITY FOR PATIENT VALUABLES

*    _____

     _____

     _____

     _____

     _____

I HAVE READ THE STATEMENT WHICH HAS BEEN EXPLAINED TO ME. I
FULLY BELIEVE THE UNDERSTAND ITS CONTENTS.

IF THE PATIENT IS 18 YEARS OF AGE OR OLDER HE MUST SIGN HIMSELF.

_____
Signature of Patient

IF THE PATIENT IS UNDER 18 YEARS OF AGE, CONSENT MUST BE GIVEN BY PARENT
OR LEGAL GUARDIAN. IF PATIENT IS PHYSICALLY UNABLE TO SIGN OR IS
MENTALLY INCOMPETENT, CONSENT MUST BE GIVEN BY NEAREST RELATIVE.

_____              _____
Signature of Patient                    Signature of Witness

**Lenox Hill Hospital**
100 East 77th Street
New York, New York 10021-1883

## INSTRUCTIONS FOR USE OF ALL FORMS OF CONSENT AND RELEASE

**General Instructions:**

1. The patient, if of legal age, conscious and physically and mentally competent, must sign for himself.
2. Minors' consent must be signed by parent or legally appointed guardian.
3. Next of kin must sign if patient is incompetent.
4. Physicians and registered professional nurses may witness consents. A physician should witness consents for major and minor surgery. If the consent has not been signed at the time when the admission history and physical is done, the nurse in charge of the patient unit should page the intern on duty to the unit before surgery, in order to obtain the proper surgical consent. No patient should leave the patient unit for the operating room without the proper signed consent on the chart.

**Specific Forms:**

## AUTHORIZATION FOR THE PERFORMANCE OF OPERATIONS AND/OR OTHER PROCEDURES

Witnessed by





**Lenox Hill Hospital**
100 East 77th Street
New York, N.Y. 10021-1883

## <u>INFORMED CONSENT FORM FOR;</u> THE G.U.S.T.O. TRIAL, THE GLOBAL UTILIZATION OF STREPTOKINASE AND t-PA FOR OCCLUDED CORONARY ARTERIES.

**Background Information and Purpose of the Study:**

You are being asked to participate in this study because it appears you are having a heart attack. A heart attack is usually caused by a blood clot that blocks blood flow to the heart muscle. Standard treatment for a heart attack includes the use of medication that dissolves the blood clot. There are currently several blood clot dissolving medications available, including Streptokinase, t-PA, or a combination of the two medications.

If you receive t-PA alone, while it is a common treatment for a heart attack, the dose will be given more rapidly then it normally is. If you receive the combination of t-PA and Streptokinase, that treatment is not currently used to any significant extent since little is known about using these two products together.

The purpose of this study is to evaluate if either drug alone, or a combination of both medications, is more effective in the treatment of heart attacks. Approximately 34,000 patients will be enrolled in this study throughout the world.

**Study Procedure:** If you agree to participate in this study, the following will happen:

A. You will receive either (1) an intravenous dose of Streptokinase, or (2) an intravenous dose of t-PA, or (3) an intravenous dose of both Streptokinase and t-PA. If you receive intravenous streptokinase, you will also receive either (1) intravenous heparin or (2) subcutaneous (under the skin) heparin. If you receive either t-PA, or t-PA in combination with streptokinase, you will receive intravenous heparin. Which medication or combination of medications you will receive is determined by random chance. You will have an equal chance of receiving t-PA, Streptokinase, or a combination of the two. Neither you nor your doctor will get to choose which medication you will receive.

B. When you are discharged from the hospital, you will be given a postcard to mail back one month after your heart attack. This will help us know how you are doing.

C. The coordinating center for this study at Duke Medical Center will contact you and your doctors for up to one year after your heart attack by simple questionnaire, to see how you are doing.

**Benefits:** You will receive free of charge your dose of Streptokinase and/or t-PA. You may also benefit if the medication you receive proves to be more effective in the treatment of heart attacks then treatments currently used. You may, however, receive no direct benefit from being in this study, but the knowledge gained from your participation may benefit other people who have heart attacks in the future.

**Risks:** One risk of receiving any blood clot dissolving medication is that of bleeding. On occasion, bleeding may be severe enough to require a blood transfusion. There is a rare risk of gastrointestinal (stomach) bleeding ( up to 5%). This type of internal bleeding can be more difficult to control. Infrequently, there is a risk of intracranial (brain) bleeding which could result in a stroke (approximately 0.4%), which can lead to permanent disability or death. There may be some increase in your risk of bleeding, including intracranial (brain) bleeding, if you receive t-PA given in a more rapid dose than it normally is. An additional risk of receiving Streptokinase is an allergic reaction which is usually minor and results in breathing difficulty, nausea, headache, itching or the like. On occasion a severe allergic reaction may occur with Streptokinase which results in severe breathing problems and swelling and infrequently shock. In addition, the use of Streptokinase can cause hypotension (low blood pressure) which may require ending Streptokinase administration as well as giving medication to treat low blood pressure.

**Alternatives:** If you choose not to participate in this study, you will receive standard treatment for your heart attack. This would probably include a blood clot dissolving medication, such as Streptokinase or t-PA.

**Costs:** You will not be billed for your dose of Streptokinase and/or t-PA. The regular cost of treatment for your heart attack (except for t-PA or Streptokinase) will be billed to you or your insurance carrier. There will be no additional costs to you as a result of your participation in this study.

**Confidentiality:** All information obtained from your participation in this study will be held strictly confidential. In addition to the health care professionals caring for you, the Food and Drug Administration and the sponsor of this study (Genentech, Inc.) and their representatives or any other party authorized by law may review data obtained from your records.

**Research Related Injuries:** Immediate necessary care is available if you are injured as a result of this study. However, there is no provision for free medical care or for monetary compensation for such injury. Further information concerning this and the rights of subjects in research can be obtained from Mark Schiffer, M.D. at (212)  535 - 6340 (Phone).

**Voluntary Participation:** Participation in research is voluntary. You have the right to refuse to participate or to withdraw at any point in this study without jeopardy to your medical care.

**Consent to Participate:** I have had this study explained to me and have received answers to my questions. If I have any further questions I may call Dr. Mark Schiffer at (212) 545 - 6340 (Phone).

My signature below indicates that I have read the above information and I understand it. I have discussed this study thoroughly with my physician and I voluntarily agree to participate in this study.

_Helen F. Goldman_
Name of Patient (Print)

_[signature]_ _____   _5 - 23 - 92_
Patient Signature                Date

_[signature]_ _____   _5 - 23 - 92_
Witness' Signature              Date

I have fully explained to the above-named patient, and I believe the patient fully understands the nature, purposes, benefits, risks and alternatives associated with this study and I have completely and fully answered all the such questions.

_[signature]_ _____   _5 - 23 - 92_
Physician Obtaining Consent      Date