# EXHIBIT 9



44 A

USE BLACK INK ONLY

# MARRIAGE LICENSE



1 — COUNTY BUILDING

NO. 8800495-0

RETURN DATE **FEB 8 1988**

DO NOT WRITE IN ABOVE SECTION

TO ANY PERSON LEGALLY AUTHORIZED TO SOLEMNIZE MARRIAGE

## GREETINGS

MARRIAGE MAY BE CELEBRATED IN THE COUNTY OF COOK, AND STATE OF ILLINOIS, BETWEEN

**DAVID J. BEN-RAFAEL** OF __CHICAGO__ IN THE COUNTY OF __COOK__ AND STATE OF __ILLINOIS__ OF THE AGE OF **39** YEARS, AND

**ISABEL M. CIRILO-PERES** OF __CHICAGO__ IN THE COUNTY OF __COOK__ AND STATE OF __ILLINOIS__ OF THE AGE OF **30** YEARS.

WITNESS **STANLEY T. KUSPER JR.,** COUNTY CLERK OF THE COUNTY OF COOK, AND THE SEAL THEREOF, AT MY OFFICE THIS **20 TH** DAY OF __JANUARY__ 19 **88**

*(signature)*
COUNTY CLERK

---

STATE OF ILLINOIS } S.S.
COUNTY OF COOK

HEREBY CERTIFY THAT _David J Ben-Rafael_ AND _Isabel M. Cirilo-Peres_ A _Rabbi_
                                                                    Name of person officiating

WERE UNITED IN MARRIAGE BY ME AT _Verbin Shul_ _Chicago_ A _Rabbi_
                                                                  Official Title

STATE OF ILLINOIS, ON THE _25_ DAY OF _February_ 19_88_

*(signature)* David J Ben-Rafael
Signature and official title

ADDRESS _5757 S. Pyle Cir. Blvd. Chicago IL 60615_

THE NAMES ON THIS CERTIFICATE MUST BE IDENTICAL WITH THE TYPED NAMES IN THE ABOVE SECTION

**STATE OF ILLINOIS,** } ss.
County of Cook,

I, STANLEY T. KUSPER, JR., County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and Files of said County, do hereby certify that the attached is a true and correct copy of the original Record on file, all of which appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the City of Chicago, in said County.

FEB 8 1986

*Stanley T. Kusper Jr.*

County Clerk

---

# MARRIAGE LICENSE

**SEAL OF COOK COUNTY · ILLINOIS · JANUARY 1831**

TO ANY PERSON LEGALLY AUTHORIZED TO SOLEMNIZE MARRIAGE

## GREETINGS

MARRIAGE MAY BE CELEBRATED IN THE COUNTY OF COOK, AND STATE OF ILLINOIS

DAVID J. BEN-RAFAEL _____ OF _____ CHICAGO _____

COOK _____ AND STATE OF _____ ILLINOIS _____

ISABEL M. CIRILO-PERES _____

COUNTY OF _____ COOK _____ AND STATE OF _____ ILLINOIS _____

WITNESS STANLEY T. KUSPER JR., COUNTY CLERK OF THE COUNTY OF COOK, AND THE SEAL THEREOF,

AT MY OFFICE THIS 20 TH DAY OF _____ JANUARY _____ 19 88

STATE OF ILLINOIS } S.S.
COUNTY OF COOK

HEREBY CERTIFY THAT _____ (Name of person officiating)

WERE UNITED IN MARRIAGE BY ME AT _____

STATE OF ILLINOIS, ON THE ___ DAY OF _FEBRUARY_ 19__

ADDRESS _____

USE BLACK INK ONLY

THE NAMES ON THIS CERTIFICATE MUST BE IDENTICAL WITH THE "TWO NAMES" IN THE ABOVE SECTION

MINISTRY OF FOREIGN AFFAIRS
JERUSALEM



משרד החוץ
ירושלים

79591

TO WHOM IT MAY CONCERN

According to the Foreign Ministry's regulations, passports of Israeli diplomats abroad must be deposited at the local Israeli Embassy.

Ms. Isabel Ben-Rafael, widow of David Ben-Rafael, former Minister – Counsellor in the Israeli Embassy in Buenos-Aires, has informed us that her American passport as well as those of her children Noa and Yonatan were indeed deposited at the Embassy. The passport numbers are 021153344, Z6652275, Z6969475, respectively.

We confirm that the passports were not discovered, and it is assumed that they were lost in the explosion which destroyed the Embassy of Israel in Buenos-Aires on 17 March 1992.

Jerusalem, 15 April 1992

Ehud Keinan, Adv.
Director
Claims Division