# EXHIBIT 10



**Jerusalem**
11 Kiryat Hamada St., P.O.B. 18263, Code 91182
Tel: +972−77−7386666, Fax: +972−2−5812991

**Tel-Aviv**
16 Homa Umigdal st., P.O.B. 51966, Code 67771
Tel: +972−77−3331257/8, Fax: +972−77−3331259

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELISA NILI CIRILO PERES BEN- RAFAEL,
RALPHI. GOLDMAN, JUDITH GOLDMAN
BAUMGOLD, NAOMI GOLDMAN  *et al.*,

                                    **Plaintiffs**

V.

                                                    Civil Action No. 06-cv-00721

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC
REVOLUTIONARY GUARD CORP. OF IRAN,

                    Defendants.

### ECONOMIC REPORT OF
### DOV WEINSTEIN, CPA
### NOVEMBER 15, 2007

KIRYAT HAMADA 11
JERUSALEM – ISRAEL
TEL: 972 - 2 - 5486666

351_PORT1

## **TABLE OF CONTENTS**

INTRODUCTION                                                    1

BACKGROUND INFORMATION                                          2

METHODOLOGY                                                     3

ASSUMPTIONS

      WORK LIFE EXPECTANCY                            4

      LIFE EXPECTANCY                                 4

      INTEREST RATE DISCOUNT RATE                     4

      MID-YEAR CONVENTION                             5

SALARIES AND WAGES                                             5

OPINION                                                        7

EARNING LOSS ANALYSIS

      LOSS IN ISRAEL                          SCHEDULE 1

      LOSS ABROAD                             SCHEDULE 2

      PNSION LOSS                             SCHEDULE 3

      TOTAL LOSS                              SCHEDULE 4

## Introduction

I, Dov Weinstein of Dov Weinstein & Co., have been requested by Elisa Ben-Rafael to calculate her husband David Ben-Rafael's loss of income and benefits caused as the result of his death. David Ben-Rafael was killed in a terrorist attack against the Israeli Embassy in Buenos Aires, Argentina, on March 17, 1992. Elisa is a U.S. citizen; David Ben-Rafael was an Israeli citizen, as well as an American Citizen up until he voluntarily surrendered his citizenship on June 9, 1986 when he took a senior Israeli diplomatic posting.

I am a certified CPA in Israel. I am the partner-manager of Dov Weinstein & Co. – CPAS. I have extensive experience in accounting and economic evaluation. I supervise several accountants, economists, and other related professionals in my company.

I received my undergraduate degree in accounting from the Hebrew University, Israel, and then studied at The College of Management (COM). Thereafter, I received further training in accounting and passed my CPA exam in 1988. I have worked as a CPA since that time, including working as a manager for nine years at a large Israeli accounting firm which later became the Israeli branch of Pricewaterhouse Coopers (PwC). My firm has diverse departments including accounting and auditing services, international taxation, business and organizational consulting, tax consulting and the support for establishing firms, firms in growth and bankruptcy. The office also specializes in advice to foreign residents, Israelis living outside Israel, returning residents, and new immigrants.

My firm is the local representative of Morison International, a leading international accounting network and STEP worldwide, and is involved up to date with managing tax shelters, trustees, and international taxation at large.

In anticipation of preparing my report, I have reviewed the U.S. Federal Rules of Evidence relating to expert testimony (Rules 701 through 704) and Federal Rule of Civil

1

Procedure 26 relating to reports by expert witnesses. I have also reviewed recently prepared economic reports calculating loss of income and benefits which have been prepared by U.S. CPAs and which have been accepted as expert reports by judges in the U.S. courts.

Charges for my service are based on an hourly rate of $200.

## Background Information Concerning David Ben-Rafael

David Ben-Rafael was born David Joel Goldman on September 30, 1948 in New Jersey, U.S.A.[1] He immigrated to Israel on January 30, 1974. David Ben-Rafael received his B.A. in International Relations from George Washington University in 1971 and a B.A. in law from the Hebrew University, Israel, in 1975.

On February 8, 1988, David Ben-Rafael married Elisa Ben-Rafael (formerly Isabel M. Cirilo-Peres) in Chicago, Illinois.[2]

On November 5, 1979, David Ben-Rafael was accepted into the Israeli Foreign Office as a trainee (cadet tender). When David Ben-Rafael was killed in 1992, he was serving as a minister-counselor and Deputy Chief of Mission to the Israeli Embassy in Buenos Aires, Argentina.

On March 17, 1992, an explosion destroyed the building of the Israeli Embassy in Buenos Aires. The bombing was carried out by a suicide bomber who drove a pickup truck loaded with powerful explosives which smashed into the front of the Embassy Building and detonated. The explosion destroyed the Embassy Building and killed twenty-nine (29) people.

---

[1] To clarify the documents, David Ben-Rafael's original family name was Goldman. His name was changed according to the rules and procedures of the Israeli Civil service for Ministry of Foreign Affairs employees which required that all employees have Hebrew last names (see appendix for document proof – passport which lists his name Ben-Rafael)

[2] Isabel was Elisa's previous first name. Upon marriage Isabel changed her name. (see appendix for proof)

Following the Embassy bombing, a group called "Islamic Jihad," the parent organization of

Hezbollah, claimed responsibility.


## ECONOMIC LOSS

### Methodology

The basic methodology used to calculate David Ben-Rafael's economic loss claim was to

quantify his projected lifetime income had he not been killed.  The economic loss includes both

lost income from March 1992 through November 15, 2007[3] and then future lost income for the

remainder of his anticipated work-life expectancy and later retirement.  Industry, employment

and labor statistics, past income and past job position were considered to project income.

After economic loss period was determined, potential annual income was projected based

on David Ben-Rafael's anticipated annual future income through his work life expectancy.  For

all periods prior to November 15, 2007, it was necessary to calculate the current value or "today's

value" of lost income to accommodate for the effect of the time value of money.  Similarly, for

periods after November 15, 2007, it was necessary to discount the future lost income to present

value to determined "present value."  As a result, the value of all past and future lost income has

been calculated as of November 15, 2007.  The amounts presented are in U.S. dollars and

calculated on a pre-tax basis.

To calculate David Ben-Rafael's economic loss, the following data was analyzed:

- Information concerning employment history in the Israeli Ministry of Foreign

  Affairs, including past income and benefits, as well as personal data (*i.e.*, date of

  birth, school and work history) necessary to form reasonable assumptions

---

[3] November 15, 2007 was selected as it represents the approximate date on which a judgment
may be rendered.

regarding David Ben-Rafael's earning growth rate, work life expectancy, and retirement plan.

- ▪ Israeli Central Bureau of statistical reports concerning employment studies, life expectancy, and retirement studies.

## Assumptions

Some general assumptions were developed as follows.

## Work-Life Expectancy

The customary retirement age of 67 (according to the law retirement age, 2004) was utilized to estimate the period for David Ben Rafael's projected work-life expectancy. Based on this, David would turn 67 by September 2015. Although 67 is retirement age it was assumed that David would work in a law firm as a legal adviser for another 10 years.

## Life Expectancy

The Central Bureau of Statistics Life Expectancy Tables was used to estimate David Ben-Rafael's life expectancy based on age, race, and gender. David Ben-Rafael's life expectancy was found to be 79.2 years. Therefore, David Ben-Rafael was expected to live until 2028.

## Interest Rate and Discount Rate

An interest rate factor is intended to provide an inflation adjustment that calculates the present value of past income as of November 15, 2007, by taking into account the value of money over time. An annual interest rate factor of 4.907% was calculated and applied to the analysis for the period from March 1992 through November 15, 2007. This rate was based on the average 10-Year Treasury Bill Rate from September 1997 through October, 2007. Similarly, discounting future projected income with this rate is intended to provide the present value of future income loss as of November 1, 2007.

4

The Treasury Bill represents a "risk free" rate of return that is considered to have virtually no possibility of default. The 10-Year Treasury Bill Rate was selected since it represents a reasonable estimate of risk and inflationary impact associated with future recipes of income. As of November 1, 2007 the 10-Year Treasury Bill Rate was approximately 4.36.

**Mid-year convention:**

To determine losses, a mid-year convention methodology was applied to calculate the present and future value of all lost income as of November 15, 2007.

The mid-year convention methodology assumes that all wages and benefits are earned consistently throughout the year.

**Salaries and wages**

1.    In order to determine David Ben-Rafael's lost income, I reviewed the following documents:

- Documents that have been received from the Ministry of Foreign Affairs in Israel which project David Ben-Rafael's' professional advancement in the foreign office and based on this they projected his gross salary during the period of his abroad service for the office. These documents were prepared by Ronit Monsa from the Ministry of Foreign Affairs, financial division.

- Past income from periods of local service was used to calculate and estimate future lost income "in Israel." Based on David Ben-Rafael's professional track up until his death, the foreign bureau built projected position advancement in Israel and abroad. This Projection was built by Vivi Aisen, the Deputy Director of the Internal "MAHA" Division of the Ministry of Foreign Affairs.

- A table which describes income based on seniority and employment rank Number from the Finance Ministry the Bureau of Wages and Labor Agreement.

5

- A document from the Ministry of Foreign affairs which includes "service conditions" projected income received from various abroad delegations. These documents were prepared by Ronit Monsa from the Ministry of Foreign Affairs, financial division.

- Employee benefits on salary in Israel were assumed to be 25% of gross wages, this data is based on statistics available from the Israeli central Bureau of statistics of employment and wages for state employees.

2. In retirement, it is assumed that David Ben-Rafael would have continued working for ten years as a lawyer in a large Law firm as a legal adviser. Id addition he would have received from the National Insurance a monthly pension, and from the government a pension as a formerly government employee.  I utilized the following documents which describe and set forth the nature and amount of funds David would have earned during his retirement.

- Documents from the National Insurance Institute of Israel which pays a monthly pension of 1159 NIS.

- A monthly salary pension from the government that retired government employees receive based on their last salary and based on seniority.

- For Ten years into retirement age, it is assumed that David would have received a salary of an expert legal adviser; this data was based on the average salary of a senior legal adviser in a large law firm and a large company.

3. Part of the lost income calculations was in Israeli currency and was converted into U.S. dollars based on the foreign exchange rate as of 2.11.2007 which was 3.969.

6

**<u>Opinion</u>**

Based on the facts, research, and assumptions applied herein, it is my opinion based on

reasonable degree of certainty that the present value of David Ben-Rafael's total economic loss,

including wages and benefits total, approximately **$ 3,731,839**

SCHEDULE 1

## Damage Calculation in NIS Currency

| | 1994 | 1995 | 1996 | 1997 | 2001 | 2002 | 2003 | 2004 | 2008 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages in Israel | 18,889 | 49,569 | 50,978 | 29,988 | 25,510 | 61,688 | 70,443 | 42,693 | 37,805 |
| Projected Future Benefits | 4,722 | 12,392 | 12,745 | 7,497 | 6,378 | 15,422 | 17,611 | 10,673 | 9,451 |
| Total Projected Future Income | 23,611 | 61,961 | 63,723 | 37,485 | 31,888 | 77,110 | 88,054 | 53,366 | 47,256 |
| Total Loss Value @ November 15, 2007 | 44,329 | 110,959 | 108,849 | 61,079 | 43,034 | 99,286 | 108,175 | 62,556 | 48,699 |

Assumptions:
Growth / Discount Rate     4.91%
Benefits:     25%

1,046,611    / 3.969 =    $    263,696

SCHEDULE 1

**Damage Calculation in NIS Currency**

| | 2009 | 2010 | 2011 | Total |
|---|---|---|---|---|
| Projected Future wages in Israel | 98,486 | 99,220 | 58,240 | 643,509 |
| Projected Future Benefits | 24,622 | 24,805 | 14,560 | 160,877 |
| Total Projected Future Income | 123,108 | 124,025 | 72,800 | 804,386 |
| Total Loss Value @ November 15, 2007 | 132,944 | 140,358 | 86,342 | 1,046,611 |

SCHEDULE 2

## Damage Calculation in U.S. $

| | 1992 | 1993 | 1994 | 1997 | 1998 | 1999 | 2000 | 2001 | 2004 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages abroad | 55,689 | 66,827 | 38,982 | 40,067 | 100,167 | 100,167 | 100,167 | 58,431 | 40,510 |
| Projected Future Benefits abroad | 4,200 | 5,040 | 2,940 | 16,560 | 39,744 | 39,744 | 39,744 | 23,184 | 14,255 |
| Total Projected Future Income | 59,889 | 71,867 | 41,922 | 56,627 | 139,911 | 139,911 | 139,911 | 81,615 | 54,765 |
| | | | | | | | | | |
| Total Loss Value @ November 15, 2007 | 123,597 | 141,461 | 78,707 | 92,269 | 217,471 | 207,459 | 197,916 | 110,145 | 64,195 |

Assumptions:
Growth / Discount Rate          4.91%

SCHEDULE 2

| Damage Calculation in U.S. $ | 2005 | 2006 | 15-Nov-07 | 16-Nov-07 | 2008 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|
| Projected Future wages abroad | 97,224 | 97,224 | 85,071 | 12,153 | 54,714 | 60,662 | 145,589 | 145,589 | 145,589 |
| Projected Future Benefits abroad | 34,212 | 34,212 | 29,935 | 4,277 | 19,957 | 20,915 | 50,196 | 50,196 | 50,196 |
| Total Projected Future Income | 131,436 | 131,436 | 115,006 | 16,490 | 74,671 | 81,577 | 195,785 | 195,785 | 195,785 |
| Total Loss Value @ November 15, 2007 | 147,013 | 140,287 | 117,828 | 16,027 | 72,393 | 68,234 | 155,876 | 148,361 | 141,196 |

SCHEDULE 2

**Damage Calculation in U.S. $**

| | 2015 | Total |
|---|---|---|
| Projected Future wages abroad | 109,191 | 1,554,013 |
| Projected Future Benefits abroad | 37,647 | 517,154 |
| Total Projected Future Income | 146,838 | 2,071,167 |
| | | |
| Total Loss Value @ November 15, 2007 | 100,775 | 2,341,208 |

SCHEDULE 3

## Damage Calculation in NIS Currency

| | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| Government Pension | 23,730 | 94,920 | 94,920 | 94,920 | 94,920 | 94,920 | 94,920 | 94,920 | 94,920 | 94,920 |
| National Insurance Pension | 3,477 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 | 13,908 |
| Salary as a legal adviser | 129,000 | 516,000 | 532,770 | 550,085 | 567,963 | 586,422 | 605,480 | 625,158 | 645,476 | 666,454 |
| Total pension: | 158,222 | 626,844 | 643,615 | 660,991 | 678,810 | 697,270 | 716,329 | 736,008 | 756,327 | 777,396 |
| | | | | | | | | | | |
| Total Loss Value @ November 15, 2007 | 108,588 | 409,361 | 399,915 | 390,707 | 381,727 | 372,967 | 364,418 | 356,071 | 347,918 | 339,951 |

Assumptions:

Growth / Discount Rate: 4.91%

Wages Growth Rate: 3.25%

4,472,801   / 3.969 =   $ 1,126,934

SCHEDULE 3

**Damage Calculation in NIS Currency**

| | 2025 | 2026 | 2027 | Total |
|---|---|---|---|---|
| Government Pension | 94,920 | 94,920 | 94,920 | 1,162,770 |
| National Insurance Pension | 13,908 | 13,908 | 13,908 | 170,373 |
| Salary as a legal adviser | 710,477 | 733,568 | 757,409 | 8,314,376 |
| Total pension: | 821,390 | 844,422 | 868,264 | 9,647,519 |
| | | | | |
| Total Loss Value @ November 15, 2007 | 341,461 | 333,671 | 326,048 | 4,472,801 |

SCHEDULE 4

**Total Economic Loss**

| | |
|---|---|
| Total Salary Loss in Israel Current Prices in NIS | 1,046,611 |
| Total Salary Loss in Israel Current Prices in U.S. Dollar | 263,696 |
| Total Salary Loss Abroad Current Prices in U.S. Dollar | 2,341,208 |
| Total Pension Loss Current Prices in NIS | 4,472,801 |
| Total Pension Loss Current Prices in U.S. Dollar | 1,126,934 |
| Total Economic Loss in U.S. Dollar | 3,731,839 |

U.S. Dollar exchange rate  =  3.969

_____
Dov Weinstein

**MINISTRY OF FOREIGN AFFAIR**
Deputy Foreign minister's bureau

### THE STATE OF ISRAEL

11 Tammuz 5767
27 June 2007

To Whom It May Concern:

Subject: **Mr. David Ben-Rafael, z"l – projected professional advancement in the foreign office**

Mr. David Ben-Rafael was accepted into the foreign office via a cadet tender on 05 November 1979.

Following are details of his advancement until the date of his murder in the terrorist attack at the Israeli Embassy in Buenos Aires on 17.03.1992.

05 November 1979 to 04 November 1981 trainee (cadet)
05 November 1981 to 30 September 1985 second secretary (rank 38 for salary)
01 October 1985 to 31 March 1990 first secretary (rank 39 for salary)
01 April 1990 to 17 March 1992 counselor (rank 40 for salary)

Simultaneous with advancement in salary levels, Mr. Ben-Rafael advanced in rank and position assignments in Israel and abroad as follows:
05 November 1979 to 04 November 1981 – Cadet
05 November 1981 to 04 August 1983 – Legal Advisor's Office (Ministry of Foreign Affairs, Jerusalem)
05 August 1983 to 22 July 1986 - political secretary in London (Israeli Embassy)
23 July 1986 to 01 April 1988 -  political secretary in Chicago (Israeli Consulate to Chicago, Illinois, USA)
02 April 1988 to 31 March 1990 -  Legal Advisor's Office (Ministry of Foreign Affairs, Jerusalem)
01 April 1990 to 01 March 1992 -  political secretary Buenos Aires (Deputy Chief of Mission of Israeli Embassy in Buenos Aires Argentina)

In keeping with the professional track of the worker up until the moment of his murder, it is possible to build a projected professional track, had he not been murdered on 17.03.1992 at the age of only 43.

His date of projected retirement: 30 September 2015

Following is a table detailing the projected advancement of Mr. David Ben-Rafael, z"l, in accordance with the standard of the Foreign Office regarding the advancement in rank and grade and regarding service in Israel and abroad.

MINISTRY OF FOREIGN AFFAIR

Deputy Foreign minister's bureau

משרד החוץ

## THE STATE OF ISRAEL

| Period of Service | Service Location | Date of Receipt of Rank | Rank | Salary Rank |
|---|---|---|---|---|
| 01 March 1992 to 31 July 1994 | Buenos Aires | Until 31 March 1993<br>01 April 1993 | Counselor<br><br>Counselor B | 40<br><br>40 |
| 01 August 1994 to 31 July 1997 | Israel<br>Division director | 01 April 1993 to 31 March 1995<br>01 April 1995 | Counselor B<br><br>Minister-Counselor | 40<br><br><br>41 |
| 01 August 1997 to 31 July 2001 | Abroad<br>(Head of Mission in a country "Keshat" {difficult} service) | 01 April 1995 to 31 March 1998<br>01 April 1998 to 31 March 2000<br>01 April 2000 | Minister-Counselor<br><br>Minister-Counselor B<br>Minister | 41<br><br>41<br><br><br>42 |
| 01 August 2001 to 31 July 2004 | Israel<br>Head Bureau | 01 April 2000 to 31 March 2003<br>01 April 2003 | Minister<br><br>Minister B | 42<br><br>43 |
| 01 August 2004 to 31 July 2008 | Abroad<br>(head of a mission in USA) | 01 April 2004 to 31 March 2005<br>01 April 2005 to 31 March 2008<br>01 April 2008 | Minister B<br><br>Ambassador<br><br>Ambassador B | 43<br><br>44<br><br>45 |
| 01 August 2008 to 31 July 2011 | Israel<br>Deputy Director General | | Ambassador B | 45 |
| 01 August 2011 to 30 September 2015 | Abroad (Head of Mission in Europe) | | Ambassador B | 45 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 27 June 2007

Vivi Aisen
Deputy Director General
Home Base Personnel Department
(MFA)

MINISTRY OF FOREIGN AFFAIR
Financial Division

**THE STATE OF ISRAEL**

2 Av 5767
17 July 2007

Foreign Ministry Document Number: 1-364608

To Whom It May Concern:

Subject: **Mr David Ben-Rafael, z"l, projected professional advancement in the Foreign Office**

In accordance with the projected professional advancement of Ben-Rafael, z"l, as set forth by the document prepared by the Workers Division dated 27 June 2007 (refers to Miri Aisen's document), below a table detailing the gross (pre-taxes) salary for Ben-Rafael, z"l during the period of his aboard service for the office.

The gross salary is based upon the salary table as of July 2007.

| Period | Location of Service | Gross salary in US Dollars |
|---|---|---|
| 01 March 1992 to 31 July 1994 | Buenos Aires | $161,498 |
| 01 August 1997 to 31 July 2001 | "Difficult" Service Country - Lagos | $400,668 |
| 01 August 2004 to 31 July 2008 | Service in United States Los Angeles (Consulate) | $388,896 |
| 01 August 2011 to 30 September 2015 | European Mission - Geneva | $606,619 |
| Total | | $1,557,681 |

Sincerely,
Ronit Monsa
Director Collections and Abroad Salary Division
Ministry of Foreign Affairs
Financial Division

MINISTRY OF FOREIGN AFFAIR
Financial Division

**THE STATE OF ISRAEL**

29 July 2007

To Whom It May Concern:

Subject: **Mr David Ben-Rafael, z"l, service conditions according to projected professional advancement in the Foreign Office**

In continuation from Mrs. Ronit Monsa's letter, below are the service conditions according to postings listed (the amounts are all listed in United States Dollars).

**1. Buenos Aires 01 March 1992 to 31 July 1994**
a. representation 29X420                    12,180

**Total**                                  **12,180**

**2. Lagos 01 August 1997 to 31 July 2001**
a. representation 36X1728                   62,208
b. representation wife 36X432               15,552
c. special representation 36X432            8,640
d. housing 36X720                           25, 920

**Total**                                  **112,320**

**3. Los Angeles 01 August 2004 to 31 July 2008**
a. representation 48X1504                   72,192
b. representation wife 48X376               18,048
c. special representation 48X243            11,664
d. housing                                  34,944

**Total**                                  **136,848**

**4. Geneva 01 August 2011 to 30 September 2015**
a. representation 50X2207                   110, 350
b. representation 50X552                    27,600
c. special representation 50X356            17,800
d. housing                                  53,400

**Total**                                  **209,150**

**Bottom Line total**                      **470, 498 USD**

MINISTRY OF FOREIGN AFFAIR
Financial Division

**THE STATE OF ISRAEL**

Sincerely,
Ronit Monsa
Director Collections and Abroad Salary Division
Ministry of Foreign Affairs
Financial Division