# EXHIBIT 11

# The Hebrew University in Jerusalem

## The Dean and Law Faculty Council

**Bestow the degree of**

**Bachelor of Laws on**

David Joel Goldman

**Having completed the study curriculum and complied the with the examinations requirements**

**In witness whereof I have hereunto set my signature**

**Jerusalem** 18th Iyyar 5736
Corresponding to May 18th 1976

Professor Y. Zamir

**The Dean**
[Stamp: the Hebrew University in Jerusalem authenticating the copy as a true at copy of the original]
[Illegible signature]