# EXHIBIT 12

```
*******************************
* Extract from the Population Register *
*******************************
```

| | | | |
|---|---|---|---|
| Surname: | Ben Raphael | Identity No: | 0-1371896-0 |
| Given Name: | David Joel | Sex: | Male |
| Father's Name: | Ralph | Marital Status: | Married |
| Mother's Name: | Helen | Nationality | Jewish |
| Country of Birth: | USA | Religion | Jewish |
| City of Birth: | | | |
| Date of Birth: | 09/30/1948 | | |

Address
********

| | | | |
|---|---|---|---|
| Street: | Hapalmach | House Number: | 63 |
| City: | Jerusalem | ZIP Code: | 92583 |

Additional details from the population register

The citizen died: 03/17/92 in: Argentina          **************************

..............................................................................
..............................................................................
..............................................................................

I hereby verified that the aforementioned details of the correct extract from the population register in pursuance of section 29 of the Population Registration Law, 5725 – 1965.
Issued at the Ministry of Interior offices at Jerusalem on 03/26/92

[Signed: M. Cohen] Mazel Cohen