# EXHIBIT 13

The Jerusalem District Court
Estate 363/92 (Sundry Civil Petitions 1286/06)
Alisa Nili Sir in the matter of issuing a binding order
(in the case of Alisa in the matter of the estate of David…)
Date commenced: 03/29/06 procedure: Regular

**In the Jerusalem District Court**
or check or check must be a

## Order Nominating an Estate Administrator

In the matter of the late David Joel Ben Raphael ID is 01371896, who died on 3.17.1992 and whose address was in Jerusalem.
Having studied the petition submitted by Alisa Nili Sirilo-Peres Ben Raphael, ID 302426176, the subject of which is granting the order: a window and sole heir, I hereby resolve to nominate
**Alisa Nili Sirilo-Peres Ben Raphael ID 302426176 of 63 Hapalmach St., Jerusalem** to be the deceased's estate administrator.
This nomination shall be valid until the 12.31.2007.

The estate administrator has to furnish the Administrator General with both details on the assets in the estate and the reports in pursuance of the Inheritance law, 5725 – 1965 and its amended regulations by the dates determined for this.

This order has been given today, <u>4.4.06</u>

G. Canfe-Steinmetz, Registrar
The Jerusalem District Court (1)

[Round stamp of the Jerusalem District Court]

[Stamp: **The Jerusalem District Court**
**I confirm**
that this copy is true and complies with to the original
| 4.5.06 | 32 | B. Natalie |
| Date   |    | Chief Secretary] |

This document was issued by Mehulal Hatofasim V'dugmaot Hajhozim shel Aski Ltd. Tel: 02-6246526
Fax 02-6233628