# EXHIBIT 14

Identity No. 13/1896, being of sound and disposing mind and memory and acting without duress or undue influence, do hereby make and declare this to be my Last Will and Testament with respect to all my rights and property, both real and personal, wheresoever situated and whensoever acquired, that I shall have at the time of my death (hereinafter: "my estate").

1. I hereby revoke all former Wills, Codicils and other testamentary dispositions made by me at any time.

2. I direct that all legal debts, expenses of my last illness, burial and probate expenses and those of the administration of my estate, as well as all inheritance, estate and succession taxes payable by reason of my death, be paid first from my estate.

3. After payment of the expenses and taxes referred to above, I hereby give, bequeath and devise to my wife ELISA (ISA) NILI CIRILO-PERES BEN-RAFAEL, bearer of Israeli Identity No. 302426176, provided she survives me, the entire remainder and residue of my estate.

4. In the event that my wife Isa predeceases me, or if she and I should meet with a common accident or disaster and the order of our deaths is simultaneous, unknown or very close, I wish to make the following provisions:

   a. I hereby leave the entire remainder and residue of my estate, in equal shares, to our children: NOA RUTH BEN-RAFAEL, I.D. No. 301772737, and YONATAN MISHAEL BEN-RAFAEL, I.D. No. 203301163 - and any other child or children that we may have at the time of my death - such shares to be held in trust for each child until he or she reaches the age of 25 or earlier should the trustees so decide.

   b. I hereby appoint my sister, Judith Baumgold, I.D. No. 1320646-1 and Susan Lazarus, Advocate, I.D. 1371749, to be joint trustees under paragraph (a) above, and joint executrixes of this my Will, and I release them from the payment of bonds and from any restrictions the release of which is permitted according to law.

1371749 and her husband Shlomo Pomeranz, I.D. 5043466, to be the legal guardians of our children and to give them a loving home, care for them and educate them.

d. In the event that my wife Isa and I die together as described above, I hereby direct that she shall be deemed to have survived me.

IN WITNESS WHEREOF I HAVE SET MY HAND TO THIS MY LAST WILL AND TESTAMENT in Jerusalem, Israel, this 26th day of September, 1991.

*David Joel Ben-Rafael*

DAVID JOEL BEN-RAFAEL

We the undersigned –

1. Michael Oseasohn, Advocate, I.D. No. 017420332
2. Miguel Fruchter, I.D. No. 11760634

being over 18 years of age, hereby certify that we have acted as witnesses for the testator, David Joel Ben-Rafael, and that we have no family relationship to him nor interest in his estate. We certify that he signed the foregoing document today in our joint presence and declared it to be his Last Will and Testament, he being of sound and disposing mind and memory and of his own free will and without coercion, whereupon we have signed our names hereto in his presence and in the presence of each other.

Today, this 26th day of September, 1991.