# EXHIBIT 17

[Emblem of the State of Israel]

# The State of Israel

Before the Registrar of Inheritance Matters in Jerusalem

Case No: 12910
Petition No: 1

## An Order on the Presence of a Will and Nominating and Estate Administrator

In a matter of the estate of the deceased, the late Helen Goldman, ID 309670636, who died on the 04/18/2005 and his address was Jerusalem.

I hereby declare that the will of the deceased dated 03/11/1998, copy of which is attached hereto, is valid.

Having studied the petition of Mr. Ralph Goldman, the subject of which is giving a beneficiary order in pursuance of the will, I hereby resolve to nominate:
Mr. Ralph Goldman, ID 309990257 of 11/28 Diskin St. Jerusalem, as the estate administrator of the deceased's estate.

This nomination shall be valid until 09/17/2009.

The estate administrator's authority and duty are: To manage the estate in all relating to claims in the US.

The estate administrator has to furnish the Administrator General with both details on the assets in the estate and the reports in pursuance of the inheritance law, 5725 – 1965 and its amended regulations by the dates determined for this.

This order has been given today, 5 Tishrei 5768 - 09/17/2007

(-)
_____
Bat Sheva Averach Bar-tov
Registrar Of Inheritance Matters in Jerusdalem
[Round stamp of the Jerusalem District Court]

[Square Stamp: Register of Inheritance Matters in Jerusalem
I hereby confirm that this copy is true and complies with the original
9/23/07            Pnina
Date               Secretary