# EXHIBIT 18

## Will

Because no person knows the number of his days, I, the undersigned, Helen Goldman, bearer of ID number 309670636, of 40 Harlem Street Jerusalem, hereby determine that this is my sole and last will and I hereby express my last wish and instructions for everything that is to be done with my property in Israel after my death, being of sound mind and body, I hereby order the following of my own free will:

1. Any other will drawn up by me at any time what's ever prior to writing this will shall be hereby annulled and canceled, however, I am entitled at any time that I wish to annul or amend any of the instructions in this will and/or to add to them all detract from them in accordance with my wishes by preparing a written document with my signature and with to witness a signature. However for as long as I do not amend all annul this testament as aforementioned, it shall be legally valid.

2. I hereby nominate my husband, Ralph Goldman, bearer of ID number 309990257, of 40 Harlem Street, Jerusalem, to be the administrator and executor of this my will and to be my estate administrator after my death.

3. I hereby bequeath all my properties of any type whatsoever that are located in Israel which I currently possess or shall possess in the future and, which remains after my death, including any rights whatsoever in real estate property, goods and any rights in any other assets of any type whatsoever to my aforementioned husband, Ralph Goldman, as my sole heir of all my aforementioned property.

4. Should my husband, Ralph Goldman, predeceased me, or in the event of my husband and I dying, God forbid, simultaneously, then all my property in Israel shall go to my two daughters listed below in equal shares:

    a. Yehudit Aviva Baumgold, bearer of ID number 013206461

    b. Naomi Liora Goldman, bearer of ID number 012877309

    And in this case, I hereby nominate my daughter Yehudit Aviva Baumgold, bearer of ID number 013206461 to be the executor of this my will and my estate administrator.

5. I am hereby signing this, my will, being of sound mind and body without any persuasion or coercion.

In witness whereof of hereunto set a signature to date, March 11, 1998

[Down the left margin: round stamp of the Registrar of Inheritance Matters, Jerusalem]

[Square stamp: The Registrar of Inheritance Affairs in Jerusalem
I hereby verify
that this is a true and accurate copy of the original
<u>9.23.2007</u>            <u>Pnina</u>
Date            Secretary]

[*True to the original*
M. Derman, Attorney at Law
license number 25051
42 Brifat Street Jerusalem
Illegible signature]

[Signature: Helen Goldman]
Helen Goldman

Helen Goldman signed this document, before us, the undersigned witnesses, after she had told us that this is her sole and last testament and each of us signed this document as a witness that, in my presence and in the presence of the second witness, both of us being over the age of 18 years, and we hereby verify that the aforementioned Helen Goldman signed this will of her own free will, in sound mind and body, without any persuasion or coercion, since this is the last wish.

In witness where of we affect our signatures today, March 11, 1998.

[Illegible signature]                                       [Illegible signature]
Eliyahu Sheashua, Attorney at Law         Marina Spozayakov
ID 7282201                                                   ID 014655757
4 Hapalmach St. Ramat Hasharon         2 Mevaot Kertura St. Gilo,
                                                                     Jerusalem

## צוואה

היות שאדם אינו יודע את יום חפקדו, אני הח"מ, הלן גולדמן, נשואה ת.ז. מס 309670636 מרחוב חרל"פ 40, ירושלים, קובע ז בזה את צוואתי זו היחידה והאחרונה ומביעה בזה את רצוני האחרון ואת הוראותי על כל מה שיעשה ברכושי בישראל לאחר מותי, בהיותי בדעה צלולה והריני מצווה בזה ו נרצוני הטוב והחופשי פדלקמן:

1. כל צוואה אחרת שנעשתה על-ידי בכל עת שהיא לפני מתיבת צוואה זו תהיה בטלה בזה ומבוטלת, אולם רשאית אני בכל עת וזמן שארצה לבטל או לשנות כל חוראה מהוראות צוואה זו ו/או להוסיף עליחן או לגרוע מתן בחתאם לרצוני על ידי עריכת מסמך בכתב בחתימתי ובחתימת שני עדים, אך כל עוד לא אשנה או אבטל שטר צוואה זו כאמור, הוא יעמוד בתוקפו על-פי החוק.

2. אני ממנה בזה את בעלי רלף גולדמן, נשוא ת.ז. מס 309990257 מרחי חרל"פ 40, ירושלים, להיות המבצע והמוציא לפועל של צוואתי זו ומנהל חעזבון שלי לאחר מותי.

3. אני מצווה בזה את כל רכושי מכל סוג שהוא הנמצא בישראל שיש לי ביום או שיהיה לי בעתיד, ואשר ישאר לאחר מותי, כולל זכויות כלשהן במכסי מקרקעין, מטלטלין וזכויות נכסים אחרים מכל סוג שהוא, לבעלי רלף גולדמן הנ"ל, בתור היורש יחיד והבלעדי של כל רכושי הנ"ל.

4. בכל מקרה שבעלי רלף גולדמן לא יהיה בחיים בעת מותי, או ז בכל מקרה שבעלי ואני נמות חס וחלילה בעת ובעונה אחת, אזי יעבור כל רכושי בישראל לשתי בנותי המפורטות לחלק בחלקים שווים:

א. יחוחית אבימה באומגולד, נשואת ת.ז. מסי 013206461

ב: נעמי ליאורה גולדמן, נשואת ת.ז. מטי 012877309

ובמקרה זה אני ממנה בזה את זאת ואת יחודית אביבה באומגולד, נוש אות ת.ז. מסי 013206461 להיות המבצעת של צוואתי זו ומנהלת עזבוני.

5. חנני חותמת על צוואתי זו בגוף בריא ובנפש חפצח ובדעה צלולת, בלי שום חשפעה או כפית בכלל.

ולראיה באתי על החתום חיום 11 בחודש מרץ 1998.



Helen Goldman
הלן גולדמן

בפנינו העדים הח"מ, חתמה הלן גולדמן על מסמך זה לאחר שהצהירה בפנינו כי זוהי צוואתה היחידה והאחרונה, וכל אחד מאיתנו חתם בתור עד, בנכוחנו ו ובנוכחות חעד השני, בחיותנו מעל גיל 18 שנה, ודרינו לאשר כי הלן גולדמן הנ"ל חתמה על צוואתה זו מתוך רצון חופשי ובדעה צלולה ללא חשפעה או כפיח כלל, מאחר וזה חיח רצונה האחרון.

ולראיה באנו על החתום היום 11 בחודש מרץ 1998

מרינה טפורעיקוב
ת.ז. 014655757
מבוא קטורה 2, גילה, ירושלים

אליהו שעשוע עו"ד
ת.ז. 7282201
רח' חפלמ"ח 4, רמת-חשרון