MOSHE BALTER*
EHUD GUTH*
SHAUL ALONI (1929-2007)
DR. MEIR ROSENNE
IACOB LIRAZ ♦
YOHANAN WEINER
AVNER TZUR
GILA ORGAL♣
ZEEV SLILAT
AVI GERA (CPA ISR.)
GIORA MICHAELI
ZIONA HAVIV
DR. SARA PRESENTI
HANAN DORON
LION LEVI
MOTI BANYAN (ARCHITECT)
MARK FLORSHEIM*
ESTHER WINDER
ZOHAR GREENBERG
ZIVA ZIPPEN♣
SMIRA KWINT
DAVID PAZ
YUVAL SHTENDEL
GILA LIEBER-GOLAN
IMOR SOBOL
ORIT HAYA WEINER
DAVID ABADI
VASIM ABU HATUM
LINAT SHAFRUT
JARY SPICER**
MIRAV NIV
SHARON MONTIFIORI-GILAN
DAVID BOTESAZAN
ILACH RESNICK
TALI INBAR-GOLAN
OMER MAHARSHAK***
MICHAL BAR-SHALOM
DOR FRIEDMAN
GIRI AZULAI
CARMIT YEMINI
IRLA NUDLER-DONAGI
IAGHAM ABU-KHJET
AMIT COHEN
ASAF SHIMSHI
IRTAL RIMER
LAMI NASSER
SHLOMO SHTEINER
DONI BEN-YITZHAK
YAL BAR-ELIEZER
IRLY PRIMES
IRI DADO
DHAM SAFADI
ELI TOREN
RAN PRESENTI
MERAV SHLOMO
GLA TZUR
OTEM ROSEN
OLLIE PEIN
MIR DOTAN
ANA ALONI-NACK
EVONTIN KAHVEDJAN
ACHEL BENZAKEN
INAT DASBERG
AVID VAN COLLE
IOR OHANA
MIR LEON
ANI GUTH
DAVID BECHER
ICHAL SALI-ISRAELI
ITT FORMAN-NEVEH
IFAA SALMAN
EREN YAFFE-EFRAT
YAL KLINEMINTZ
RAN COHEN
DI LAHAT
OR POLIAKOV
FIR GRANIT
LEO ELIMELECH
DAV KRAMER
TAL ELKAYAM
AMAR TAL
HANAN BAR ZOHAR
AYA ZACH
ARUN KNOBEL ORGAL
IAULI KEINAN
T. FRÉDÉRIQUE DE COURTEN
SHONATAN COHEN
IS MANOR
IUT ARVIV
VAN TAYRI
ONI GOTLEIB
IE NEVO

* NEW YORK
** VICTORIA, AUSTRALIA
*** ENGLAND AND WALES
♦ NOTARY



**BALTER, GUTH, ALONI & CO.** LAW OFFICES
Member of Consulegis EEIG, International Law Office
Consortium with affiliates in 35 countries and 150 cities

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| ELISA NILI CIRILO PERES BEN-RAFAEL, et al., | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 1:06-CV-00721 (ESH) |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants | |

### AFFIDAVIT OF DR. MEIR ROSENNE

I, Dr. Meir Rosenne (the "Affiant"), being duly sworn, upon oath, depose and state as follows:

1. I am an adult citizen of the State of Israel. I reside in Tel Aviv and practice law in Tel Aviv as a Partner in the law Firm of Balter, Guth, Aloni & Co. (the "Firm"). I am a member in good standing of the Israeli Bar.

2. I am a graduate of the University of Paris, Sorbonne. I hold a B.A. degree in Political Science as well as a M.A. and a Ph.D in International Law. I have also a postdoctoral degree from the University of Paris. Each of these degrees were awarded by the Sorbonne.

3. My legal specialty is international law.

4. For many years, I was employed as a career track professional at Israel's Ministry of Foreign Affairs (the "Ministry"). Among the positions I had, were the following:

    a. Consul of Israel in New-York (1961-1967);

| | | | | |
|---|---|---|---|---|
| Tel Aviv | 96 Yigal Alon Street, Tel Aviv, 67891 | Tel: 972-3-5111111 | Fax: 972-3-6246000 | bgalaw@bgalaw.co.il |
| Jerusalem | 23 Hillel Street, 94581, P.O.B. 2430, 91023 | Tel: 972-2-6233250 | Fax: 972-2-6233248 | eguth@bgalaw.co.il |
| Haifa | 2 Pal Yam St, Oren Building, 33095 | Tel: 972-4-8663300 | Fax: 972-4-8664400 | wasim@bgalaw.co.il |
| Tiberias | Ha'kishon Street, P.O. Box 1685, 14201 | Tel: 972-4-6722815 | Fax: 972-4-6723183 | atzur@bgalaw.co.il |
| Beer Sheva | 1 Henrietta Sould St., 84494 | Tel: 972-8-6271630 | Fax: 972-8-6270293 | shtendel@bgalaw.co.il |

www.bgalaw.co.il

**BALTER, GUTH, ALONI & CO.**

*23 December, 2007*
*Page 2*

     b. Legal Advisor of the Ministry (1971-1979). As such, I participated in a very direct and intensive manner in the negotiations and drafting of the Camp David Accords and the Peace Agreement between Israel and Egypt which was concluded in early 1979;

     c. Israel's Ambassador to France (1979-1983);

     d. Israel's Ambassador to the United States of America (1983-1987);

     e. President and CEO of the worldwide Israel Development Corporation (1989-1994).

5. I have also served as a Senior Lecturer at Tel Aviv University (Faculty of Law), at the Hebrew University in Jerusalem and at the University of Haifa.

6. I am a member of the Board of Trustees of the Hebrew University, Bar-Ilan University and Ben Gurion University.

7. I was well acquainted with David Ben-Rafael.

8. Mr. Ben Rafael worked in the legal division of the Ministry. I became well acquainted with his academic and professional work credentials as an attorney during the negotiation of the Palestinian Autonomy in 1979 and 1980. Based upon my observations of his work performance, I concluded that he possessed considerable talent and skills as an attorney in the international law area and, subsequently, as a professional diplomat.

9. I am well acquainted with the demands of the private legal sector in Israel for qualified attorneys who have practiced international law while in government service. In fact, I, myself, entered the private practice of law only in 1994, after having devoted 41 years to Public Service at the Ministry.

10. I am reasonably certain, based upon my familiarity with Mr. Ben-Rafael's legal creditionals, his years of service in the Legal Advisor's Office and his diplomatic service in countries, including the United States of America and Argentina, that after normal retirement, at the age 67, Mr. Ben-Rafael would have been employable by an Israeli law firms to practice both international law and domestic Israeli law. An individual with his credentials and work history is highly desirable for employment by a number of significant Israeli law firms. I am personally aware of numerous situations where attorneys with Mr. Ben Rafael's legal and diplomatic service in the Ministry have been successful in obtaining such post-retirement employment.

BALTER, GUTH, ALONI & CO.

*23 December, 2007*
*Page 3*

    I swear under penalties of perjury that the statements contained in this Affidavit are true and correct to the best of my knowledge.

December 23, 2007                                          _____
                                                            Dr. Meir Rosenne

F:\apps\masig\docs\ltn#22\1\0000001.doc